# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT EARL HOWARD, DAMON
PETERSON, CARL TRACY BROWN,
and WILLIE WATTS on behalf of
themselves and all others similarly situated,

      Plaintiffs,                                Case No. 6:21-cv-62-Orl-40EJK

v.

MELINDA N. COONROD, Chairperson and
Commissioner, Florida Commission on Offender
Review, in her Official Capacity, RICHARD D.
DAVISON, Vice Chairperson and Commissioner,
Florida Commission on Offender Review, in his
Official Capacity, and DAVID A. WYANT,
Secretary and Commissioner, Florida Commission
on Offender Review, in his Official Capacity,

      Defendants.

_____/

**EXPERT REPORT OF ELIZABETH CAUFFMAN, Ph.D.**

**JUNE 1, 2022**

## I. QUALIFICATIONS

1. I am a Professor in the Department of Psychological Science in the School of Social Ecology at University of California, Irvine and hold courtesy appointments in the School of Education and the School of Law.  I received my Ph.D. in Developmental Psychology from Temple University and completed a post-doctoral fellowship at the Center on Adolescence at Stanford University.

2. At the broadest level, my research addresses the intersect between adolescent development and juvenile justice. I have published over 150 articles, chapters, and books on a range of topics in the study of contemporary adolescence, including adolescent brain development, risk-taking and decision-making, parent-adolescent relationships, and juvenile justice.  Findings from my research were incorporated into the American Psychological Association's amicus briefs submitted to the U.S. Supreme Court in *Roper v. Simmons*, which abolished the juvenile death penalty, and in both *Graham v. Florida* and *Miller v. Alabama*, which placed limits on the use of life without parole as a sentence for juveniles.

3. As part of my larger efforts to help research inform practice and policy, I served as a member of the MacArthur Foundation's Research Network on Adolescent Development and Juvenile Justice as well as the National Academies of Sciences, Engineering, and Medicine's Committee on the Neurobiological and Socio-behavioral Science of Adolescent Development and Its Applications.

4. I currently direct the Center for Psychology & Law (http://psychlaw.soceco.uci.edu/) as well as the Masters in Legal & Forensic Psychology program (https://mlfp.soceco.uci.edu/) at UCI.

5. A copy of my CV is attached hereto as Appendix A. I am being compensated for my work at the hourly rate of $300 plus expenses and a maximum daily rate of $3000.  My research assistant is being compensated at the rate of $150. All of the opinions and conclusions stated in this report are my own. My compensation is not contingent upon the outcome of this case or my opinions.

6. I have served as a consultant on numerous cases and have testified as an expert witness in court over 60 times.  My testimony typically pertains to the sentencing phase of the defendant; however, several cases have involved the guilt phase or whether the youth was competent to stand trial.  In addition, I have also served as an expert witness on the issue of transferring juveniles to adult court as well as the re-sentencing of juveniles who have received life without the possibility of parole.  I have testified as an expert in both state and federal court.  A list of cases in which I have testified in the prior four years is attached at Appendix B.

7. My opinions are provided based on the materials I reviewed to date, as detailed in Appendix C. I may seek to supplement or modify my opinions in the future, to the extent new information becomes available.

## II. SCOPE OF ENGAGEMENT

1. I was asked by counsel for Robert Earl Howard, Damon Peterson, Carl Tracy Brown, and Willie Watts ("Named Plaintiffs") to provide an expert opinion and analysis on: (1) the relevant findings from developmental science on the neurobiological development of juveniles; and (2) to examine how the experiences and outcomes of the Class Members (182 individuals who were sentenced to Life with Parole (or a term of 40 or more years) ("Juvenile Lifers") compare to the experiences and outcomes of similar individuals who were released through either the resentencing process provided by *Atwell* or through the traditional parole system since 2014.

## III. EXECUTIVE SUMMARY

1. Developmental science demonstrates that important neurobiological development is ongoing throughout the teenage years and continuing into the early 20s. As a result of neurobiological immaturity, adolescents continue to demonstrate difficulties in exercising self-restraint, controlling impulses, considering future consequences, and resisting the coercive influence of others. Heightened susceptibility to emotionally laden and socially charged situations renders adolescents more vulnerable to the influence of others, and in such situations, adolescents are even less able to consider and weigh the risks and consequences of a chosen course of action.

2. Findings from this developmental research were incorporated into Supreme Court opinions, including in as *Roper v. Simmons* (2005) which abolished the juvenile death penalty and *Miller v. Alabama* (2012) which placed limits on life without the possibility of parole.

3. Findings related to the data obtained for this report indicate that Class Members are projected to serve sentences that are much longer than the sentences imposed on similar Juvenile Lifers who were released by the courts after *Atwell*. Conservative estimates using the most recent post-meeting Presumed Parole Release Date (PPRD) suggest that the Class Members will serve twice as long as the population who was released during the *Atwell* window and will be on average in their nineties (or older) if still alive.

4. In addition, results from the analysis examining Juvenile Lifers who were released through *Atwell* indicate that only 3% of those who have been released are re-incarcerated within approximately 4 years after being released.

5. Given the current research from developmental neuroscience as well as the Supreme Court's opinions (i.e., *Miller v. Alabama*, 2012), the process by which the Class Members are evaluated by FCOR does not appear to align with the current science or give Class Members a meaningful opportunity to present evidence of their rehabilitation and maturity to ensure their right to a meaningful opportunity for release.

## IV.   <u>RELEVANT FINDINGS FROM DEVELOPMENTAL SCIENCE</u>

1. As Class Members[1] were 13 to 17 years old when the offenses occurred, research on adolescent development, in general, and brain development, in particular, provides insight into their developmental status at the time of the offense. As the pre-frontal cortex of the brain is not fully mature until approximately age 25, it is possible that adolescents are unable to regulate their emotions effectively (as the pre-frontal cortex is responsible for such self-regulatory behavior). It is also important to note that the presence of peers has been shown to affect the brain structures that regulate behavioral, emotional, and cognitive processes. It is also important to note that many youth involved with the justice system have histories of exposure to violence, past trauma, and substance abuse. Research shows that both trauma and substance use affect the development of brain structures that regulate behavioral, emotional, and cognitive processes. Finally, as noted by the Pathways to Desistance study, the majority of youth who commit serious crimes stop their criminal behavior as they transition to adulthood (roughly 24-25 years of age).

2. As age itself is not development – rather, it is merely a marker of development – and as noted in the scientific research discussed in recent U.S. Supreme Court decisions (i.e, *Roper v. Simmons*, which abolished the juvenile death penalty, and in both *Graham v. Florida* and *Miller v. Alabama*, which placed limits on the use of life without parole as a sentence for juveniles), adolescents are developmentally different from adults and thus, the signature qualities of adolescence reduce their culpability and increase their capacity for change.

## DEVELOPMENT & RISK TAKING CONTINUE AFTER AGE 18

3. Adolescence is a unique stage of human development. It is commonly defined as beginning at age 10 or 11 and continuing until the early 20's. As such, scientists who study adolescence differentiate among *early adolescence* (ages 10 to 13), *middle adolescence* (ages 14 to 17) and *late adolescence* (ages 18 to 22) (Arnett, 2000; Kagan & Coles, 1972; Keniston, 1970; Lipsitz, 1977). In addition, adolescence has long been regarded as a period of poor decision-making and rash behavior. This account of adolescence is reinforced by empirical data surveying a range of behaviors, such as illicit drug use (Monitoring the Future, 2009), reckless driving (Chen, Baker, Braver, & Li, 2000; National Highway Traffic Safety Administration, 2007), unsafe sex (Finer, 2010), and criminal activity (Piquero, 2008; Stolzenberg, & D'Alessio, 2008). The pattern observed across these diverse studies is one in which risky behavior becomes increasingly common during adolescence, peaks in late adolescence and then declines.

---

[1] As used in this report, "Class Members" are defined by the Court's Order of March 30, 2022 certifying the Class as: All persons who (i) were convicted of a crime committed when they were under the age of eighteen; (ii) were sentenced to life in prison or a term of years exceeding their life expectancy (defined as greater than 470 months) (iii) are currently in the custody of the Florida Department of Corrections; (iv) have never been paroled; and (v) are or will become eligible for release to parole supervision but only through the parole process.

This pattern is often referred to as the age-crime curve (See Figure 1; Federal Bureau of Investigation, 2010).

FIGURE 1: Age-Crime Curve based on FBI Uniform Crime Reports



4. In a study of over 1,000 participants ranging in age from 12 to 48 years, impulsivity declined, the ability to think long term increased, and individuals became more responsible as they transitioned out of adolescence and into adulthood (Cauffman & Steinberg, 2000).  In another study comparing adolescent and adult decision-making, results indicated that, when asked to evaluate hypothetical decisions, adolescents as old as 18 years of age were less likely than adults to mention possible long-term consequences, to evaluate both risks and benefits, and to examine possible alternative options (Halpern-Felsher & Cauffman, 2001).  Furthermore, a study involving a gambling task with more than 900 individuals ages 10 to 30 found that late adolescents focus more on the potential rewards of a risky decision than to the potential costs, whereas adults tend to consider both (Cauffman, et al., 2010).  These empirical studies confirm that adolescents – even older adolescents – have not fully developed these abilities which may account for their poor decision-making and immature judgment.

## BRAIN DEVELOPMENT CONTINUES UNTIL AGE 25

5. What accounts for these differences between adolescents and adults with respect to risk-taking, planning, inhibiting impulses, and generating alternatives?  Recent research demonstrates a biological dimension to adolescent behavioral immaturity: the human brain does not reach its mature, adult form until after the adolescent years have passed and a person has entered young adulthood, which occurs at approximately age 25 (Gotgay et al., 2004).

6. Although the majority of brain growth occurs prior to adolescence, there is considerable refinement within the brain that occurs across adolescence and through the transition to

adulthood period – particularly in the area of the prefrontal cortex, which is among the last to develop (See Figure 2; Giorgio et al., 2010).  The pre-frontal cortex is like the CEO of the company.  It is responsible for the evaluation of future consequences, the ability to weigh risks and rewards, and general decision-making processes (Bechara et al., 2000).  In addition, this region of the brain is also essential for controlling emotions and inhibiting impulses (Casey et al., 2000).

FIGURE 2: The adolescent brain continues to develop until approximately age 25



7.  This refinement is evidenced by brain imaging studies that reveal increases in white matter volume (Giedd, 2004) and density (Paus et al., 1999), as well as decreases in grey matter (Sowell, 2001).  Specifically, the brain undergoes myelination, the process through which the neural pathways connecting different parts of the brain become insulated with white fatty tissue called myelin (Paus, 2010).  This insulation makes connections between different parts of the brain faster and more reliable and, thus, aids in the speed of neural transmission which is important for the processing of emotion and social information (Sowell et al., 2001).  Decreases in grey matter volume are thought to reflect synaptic pruning (the systematic elimination of synapses that are not used or are less efficient; Luciana, 2013).  For example, just as a gardener prunes away the unnecessary branches of a rose bush to help it grow, the brain prunes away unnecessary synapses so that the transfer of neural connections is more efficient.  Research finds synaptic pruning is not complete during early adolescence, as was once thought, but rather continues well into the third decade of life (Petanjek et al., 2011).  In short, the part of the brain that is critical for the control of impulses and emotions and mature, considered decision-making is still developing in late adolescence and these important aspects of brain maturation remain incomplete until, at least, age 25.

8.  In addition, the sensitivity of the brain to specifically social rewards, such as peer acceptance, during adolescence is consistently seen across many studies using various methodological approaches (see review by Sebastian, Viding, Williams, & Blakemore, 2010).  Specifically, during puberty, it is thought that gonadal hormones affect the activity of oxytocin in socio-emotional brain regions, specifically the amygdala and the nucleus accumbens (Nelson, Leibenluft, McClure, & Pine, 2005).  Oxytocin plays a crucial role in social bonding and regulates the recognition of social stimuli (Insel & Fernald, 2004).  This change in the activity of oxytocin in the socio-emotional system of the brain is thought to make adolescents respond differently to social stimuli, affecting their subsequent emotional and behavioral responses.

9.  With the aid of advanced brain imaging technology and well-validated behavioral tasks, researchers are pinpointing the conditions under which adolescents' decision-making differs from adults' and illuminating the neurological developments that may correspond to these age differences.  Synthesizing data from several lines of work, findings suggest that increased risk-taking in adolescence results from asynchrony in the development of one's psychosocial (e.g., self-regulatory system) and cognitive ability (e.g., intellectual ability).  While one's cognitive ability (i.e., the ability to think) reaches adult levels at approximately age 16, the psychosocial/self-regulatory system continues to develop at a steady pace from childhood into adulthood.  The maturation of this psychosocial/self-regulatory system, which involves the prefrontal cortex and its connections with subcortical regions, is associated with improved impulse-control, harm-avoidance, and modulation of emotional and behavioral responses.  In fact, research has shown that by age 16, adolescents' general cognitive abilities are essentially indistinguishable from those of adults.  Adolescents' psychosocial functioning, however, even at the age of 15, is significantly less mature than that of individuals in their mid-20s (See Figure 3; Steinberg, Cauffman, Woolard, Graham, & Banich, 2009).  As such, in situations that elicit impulsivity, that are typically characterized by high levels of emotional arousal or social coercion, or that do not encourage or permit consultation with an expert who is more knowledgeable or experienced, adolescents' decision making is likely to be less mature than adults'.

10. FIGURE 3: Differences in the development of the psychosocial and cognitive (intellectual) systems



Steinberg, Cauffman, Woolard, Graham, & Banich (2009)

11. It is important to consider the emotional state of youth at the time of the offense. Research has shown that under negative emotional arousal, adolescents and young adults perform more impulsively than adults. For example, as shown in Figure 4, adolescents (age 13-17 – represented in red), young adults (ages 18-21 – represented in blue), and adults (ages 22-25 – represented in green) emotional state was manipulated from time to time by leading them to expect that at any moment they might experience something positive (winning a prize), something negative (hearing a loud noise), or neither. The study found that when young adults (represented in blue) were negatively aroused, they made as many mistakes as adolescents, and significantly more than the somewhat older adults. But under conditions of either low or positive arousal, the young adults performed as well as their older counterparts, and significantly better than the adolescents (See Figure 4; Cohen et al. 2016). Specifically, adults (who outperformed teens and young adults) showed greater activation of the dorsolateral prefrontal cortex relative to teens and young adults. This research suggests that, compared with adults, young adults and teens show diminished cognitive control under negative emotional arousal.

FIGURE 4 – Negative emotional arousal leads to more impulsive behavior among teens (13-17) and young adults (18-21).



Cohen et al., 2016

## EXPOSURE TO TRAUMATIC EVENTS ALTERS BRAIN DEVELOPMENT AND SLOWS NORMATIVE DEVELOPMENT

12. Many youth involved with the justice system have experienced prior trauma and/or been the victim or witness of serious violence. Higher levels of exposure to violence specifically—as a witness or a victim—are linked with a wide range of problem behaviors, including delinquency, depressive symptoms, and anxiety.

13. Neurological evidence from both animal and human studies suggests that exposure to violence may affect the development of self-regulation (Blair, 2010). First, studies conducted with animal models consistently find that early experiences of stress affect stress hormone reactivity (leading to either greater or lesser responsiveness). The adverse effects of early stressful experiences on the stress response system may lead, in turn, to reduced connectivity between limbic structures and the prefrontal cortex (Kinnunen, Keonig, & Bilbe, 2003; Liu, Diorio, Day, Francis, & Meaney, 2000; Veenema, 2009).  For example, two studies of rats have found that these neurological effects are particularly notable in ventral medial and orbitofrontal prefrontal cortex, regions that are important for regulating

stress response, regulating emotion, and coordinating thought and action in the control of behavior (Barbas & Zikopoulos, 2007; Holmes & Wellman, 2009). Indeed, adolescents with symptoms of post-traumatic stress disorder have lower prefrontal cortex volume and perform more poorly on memory and executive functioning tasks than do youth without symptoms of post-traumatic stress disorder.

14. During adolescence, individuals may be especially reactive to stress (Romeo, 2010). Consistent with this perspective, mid-adolescents (ages 15-17) exhibit a greater endocrine reaction (i.e. release a greater amount of the stress hormone, cortisol) to a highly stressful tasks than do preadolescents (Gunnar, Wewerka, Frenn, Long, & Griggs, 2009). For example, adolescents evince a more vigorous reaction in the amygdala—a brain structure that plays a key role in responding to threat—than do children or adults in response to negative stimuli (e.g. reward omission, faces displaying negative emotions Casey et al., 2010). Moreover, high levels of stress, such as child maltreatment, are associated with lower executive functioning during adolescence (Pechtel & Pizzagalli, 2010), possibly through decreased structural volume in the prefrontal cortex (Hanson et al., 2012). Heightened endocrine reactivity, combined with the relative immaturity of the self-regulatory systems in the adolescent brain, may produce a "perfect storm" for disrupted maturation due to external stressors during adolescence (Romeo, 2010).

15. The impact of trauma and violence has also been found to impact normative adolescent development. For example, among a sample of 1,354 adolescents who committed serious felony offenses, higher exposure to violence was associated with lower levels of future orientation (the ability to think long term) at age 15 as well as suppressed development of future orientation from ages 15 to 25. In addition, during adolescence, increases in witnessing violence or experiencing violence (being a victim) were linked to declines in impulse control. Thus, witnessing violence and victimization during adolescence conveys unique risk for suppressed development of self-regulation (Monahan, King, Shulman, Chassin, & Cauffman, 2015).

**SUBSTANCE ABUSE ALTERS BRAIN DEVELOPMENT AND SLOWS NORMATIVE DEVELOPMENT**

16. Many youth involved in the justice system have histories of substance abuse. Adolescent substance use has been shown to impair psychosocial maturity by affecting the development of brain structures that regulate behavioral, emotional, and cognitive processes (Clark, Thatcher, & Tapert, 2008; Moss, 2008). Many of the brain regions that undergo developmental change during adolescence are also affected by alcohol and drug use (Volkow & Li, 2005). For example, fMRI studies suggest that the prefrontal cortex and sub-cortical striatal areas are both actively engaged in decision-making and affected by addictive substances (Chambers, Taylor, & Potenza, 2003) and substance use may also affect brain circuits involved in the experience of reward and self-regulation (e.g. Brown & Tapert, 2004). For example, research has shown that adolescent substance use leads to poorer neurocognitive performance, poorer white matter quality, and changes in brain volume (Squeglia, Jacobus, & Tapert, 2009). Substance use has also been associated with heightened impulsivity (Colder & Chassin, 1997), impaired affect

regulation (Cooper, Agocha, & Sheldon, 2000), poor judgment (Giancola, Martin, & Tarter, 1996), and less successful decision-making (White, 1990).  In addition, individuals with substance dependence tend to choose small immediate rewards over larger postponed incentives (Potenza, 2007), display a reduced sensitivity to natural reinforcers, and show decreased inhibitory control (Volkow, Fowler, & Wang, 2003).  These findings suggest that substance use may suppress age-typical growth in psychosocial maturity from adolescence to young adulthood (Chassin, Dmitrieva, Modecki, Steinberg, Cauffman, Piquero, Knight, & Losoya, 2010).

**ADOLESCENTS ARE MORE SUSCEPTIBLE TO SOCIAL INFLUENCE AND THE BRAIN IS ESPECIALLY SENSITIVE TO SOCIAL INFLUENCE DURING ADOLESCENCE**

17. Peers have a particularly strong effect on adolescents.  When in the presence of peers, adolescents' appear to value more immediate rewards over long term benefits (O'Brien, Albert, Chein, & Steinberg, 2011).  This bias toward short-term gains while in the presence of peers may lead adolescents to discount the potential consequences of risky decisions and may explain, to some degree, adolescents' tendency to engage in risk taking.  There is substantial psychological research illustrating this.  For example, during a computerized driving task, adolescents who were randomly assigned to a condition of peer observation were found to take more risks (i.e., crash the car) than those adolescents who were assigned to perform the task alone (Gardner & Steinberg, 2005).  Adult participants' risk taking during the driving task did not significantly vary by condition (Gardner & Steinberg, 2005).  Specifically, as shown in Figure 5, exposure to peers doubled the amount of risky behavior among mid-adolescents (with a mean age of 14), increased it by 50 percent among college undergraduates (with a mean age of 19), and had no impact at all among young adults (See Figure 5; Gardner & Steinberg, 2005).

FIGURE 5: Risky driving as assessed by number of times car crashes with and without peers present



Gardner & Steinberg, 2005

18. A follow-up study was conducted using fMRI to measure participants' brain activity during the same driving task under a solo condition and peer-observation condition (Chein et al., 2011).  It is important to note that in the peer condition, the peer was not with the participant in the fMRI but rather watching the participant through the glass while the fMRI was being conducted.  Findings indicated that the mere knowledge, and not actual presence, of your peer evaluating you increased risk taking among adolescents but not adults.  Notably, when adolescents performed the task under peer conditions they demonstrated greater activation of brain regions related to reward during the decision making component of the task than was seen in the solo trials; in contrast, adults' activation in these brain regions did not vary by social context (Chein et al., 2011).

19. These and other studies demonstrate that adolescents are more susceptible than adults to peer pressure and to the influence of others who are in positions of authority (Steinberg & Monahan, 2007).  It is thus not surprising that a disproportionate number of juvenile crimes occur when adolescents are in groups, or that teenagers are especially susceptible to pressure from somewhat older individuals to engage in antisocial activity (Braams, van Duijvenvoorde, Peper, & Crone, 2015; Shulman & Cauffman, 2014).

**THE VAST MAJORITY OF ADOLESCENTS DESIST FROM CRIME BY AGE 25**

20. As adolescents transition to adulthood and their cognitive and psychosocial systems become fully mature, we would expect to see improvements in self-regulation and a gradual ceasing of engagement in criminal behavior.  Thus, one way to consider the impact of this development on crime is through a study of why and when adolescents desist from (stop) criminal behavior. The Pathways to Desistance Study was designed for the express purpose of examining the second half of the age-crime curve: the desistance tail. Pathways, a prospective longitudinal study of over 1,300 serious adolescent offenders (e.g., offenses included robbery, aggravated assault, murder, etc.), tracked desistance from crime across adolescence and into adulthood.  Youth who had committed serious felony level offenses were recruited for the study between the ages of 14-18 and were interviewed over 7 years, completing the study at ages 21-25 (see Schubert et al. 2004 for details on the study's methodology).

21. As illustrated in Figure 6, the Pathways study found that most youth, despite being serious felony offenders, do indeed desist from crime; less than 10% of the participating youth persisted in high-level offending after 7 years (see Figure 6; Monahan, Steinberg, Cauffman & Mulvey, 2013).

FIGURE 6:  Pathways to Desistance Study: The majority of serious adolescent offenders desist from crime by age 25.



22. Indeed, the major factor that distinguished those youth who persisted at a high level from those who desisted or remained at low levels was the increase in their psychosocial/self-regulatory development.  Specifically, youth who persisted in offending displayed less psychosocial maturity (particularly lower levels of impulse control, suppression of aggression, and future orientation), while youth who stopped their criminal behavior displayed developmentally normative increases in these domains (Monahan, Steinberg, Cauffman, & Mulvey, 2013).  In sum, the desistance tail of the age-crime curve may be largely (though certainly not wholly) explained by normative developmental changes that occur across adolescence and into adulthood.

## V.   COMPARISON OF JUVENILE LIFERS (CLASS MEMBERS) WHO ARE STILL AWAITING PAROLE TO JUVENILE LIFERS (I.E., *ATWELL* AND TRADITIONAL PAROLE SINCE 2014) WHO HAVE BEEN RELEASED

1. In order to compare those Juvenile Lifers who are still awaiting parole to those Juvenile Lifers who have been released either by the Courts after *Atwell* or by FCOR through parole (since 2014), data were obtained from the Florida Commission on Offender Review (FCOR), Florida International University Research Team, Holland and Knight (HK), the Juvenile Law Center, and the Corrections Offender Network.

2. Prior to conducting these analyses, it was first important to define each group and specific terms.  Below are the definitions:

    a. ***Class Members*** – This is a group of individuals who are currently in the custody of the State, received life sentences with the possibility of parole for offenses committed when they were juveniles, have not previously been paroled, and are still awaiting parole.  This definition comes from a court order on March 30, 2022.

b. ***Atwell*** – This is a group of individuals who received life sentences with the possibility of parole for offenses committed when they were juveniles and had their cases heard before a judge during the window of 2016-2018.  If these individuals had not been released by the court, they would have been Class Members.

c. ***Traditional Parole Since 2014*** – This is a group of individuals who received life sentences with the possibility of parole for offenses committed when they were juveniles and were released since 2014 via the traditional parole system offered through the Florida Commission on Offender Review (FCOR).  If these individuals had not been released on parole, they would have been Class Members.

d. ***Presumptive Parole Release Date*** **(PPRD)** – In order to conduct my analysis, I needed to be able to project a potential parole release date to determine how long Class Members would be incarcerated (to compare to *Atwell* and Traditional Parole members who have an actual release date).  I was asked to assume that Class Members who received life sentences with the possibility of parole sentences must serve 25 years before becoming eligible for a potential parole release date.  After serving 25 years, a potential (not guaranteed) parole release date is set which is called the PPRD.

e. ***Initial Interview –*** This is the first stage of the parole process for those who have received life sentences with the possibility of parole.  This interview is generally conducted after an individual has served 25 years and is when FCOR assigns the first PPRD.

f. ***Subsequent Interview –*** This interview is generally conducted every 7 years after the initial interview and is when FCOR decides whether to reduce or extend the PPRD.

g. ***Effective Interview –*** Ninety days before the PPRD expires, a Class Member has an Effective interview to determine if a Class Member is eligible for parole and if so, to set an Effective Parole Release Date (EPRD), which is the actual release date.  At this stage, FCOR allows for judicial objection by the sentencing judge.

h. ***Extraordinary Interview –*** If FCOR determines a Class Member does not meet the criteria for release, it can suspend a PPRD.  Inmates with suspended PPRDS are then scheduled for extraordinary reviews every 2-5 years.  They remain in suspended status until FCOR determines that they meet the conditions of parole.

3. Based on the developmental science recognized by the Supreme Court in *Roper v. Simmons* (2005), *Graham v. Florida* (2010), and *Miller v. Alabama* (2012), juveniles who have received life sentences are entitled to a meaningful opportunity to obtain release "based on demonstrated maturity and rehabilitation" (*Graham v. Florida*, 2012), which was echoed in *Miller v. Alabama* (2012). This developmental science and right to release should apply to the Class Members as well.

4. It is my understanding that recent Florida statutes (Fla. Stat. § 921.1401(2)) have affirmed the need to consider developmental mitigating factors for juvenile lifers who were sentenced to life **without** parole (consistent with the US Supreme Court decision making in *Graham v. Florida* (2010) and *Miller v. Alabama* (2012)). Specifically, I understand that the sentencing court is required to consider not only the crime and its impact on the victim's family but also mitigating factors related to the defendant's age, background, family and community environment, peer pressure, the possibility of rehabilitation, and the effect of "immaturity, impetuosity, or failure to appreciate risks and consequences on the defendant's participation in the offense."

## VI.   ANALYSIS OF RELEVANT DATA FROM THE STATE OF FLORIDA

1. I was asked to examine the data provided about the 182 Class Members. Specifically, I compared the Class Members to *Atwell* Juvenile Lifers who had their cases decided by a judge and to those Juvenile Lifers who have been released through the parole process since 2014. Below are the findings.

## GENERAL CHARACTERISTICS AND EXPERIENCES OF CLASS MEMBERS

2. It is my understanding that the Florida Commission on Offender Review ("FCOR") provided Holland & Knight (HK) and the Juvenile Law Center (JLC) a list of 274 potential Class Members. I determined from this list that there are 182 individuals who are eligible Class Members. Individuals were deemed ineligible as Class Members if it was determined that they:
   a. are not currently in the custody of the state of Florida;
   b. are deceased;
   c. have previously had parole revoked;
   d. were previously released, resentenced, or have an expired sentence for their eligible offense; or
   e. were not serving a life sentence (or a sentence over 470 months) for a crime they committed as a juvenile.

3. The final list of Class Members contains 181 males and 1 female. Based on the data reviewed, the Class Members are predominately composed of persons of color, with approximately 72.0% Black, 26.4% White, 1.1% Hispanic, and 0.5% Other.

4.  On average, Class Members were 16.8 years old at the time of the initial offense (range: 13.59 years old to 17.98 years old), and approximately 17.6% of Class Members were 15 years old or younger at the time of the offense.

5.  I reviewed for each Class Member the following:

    a.  the summary of all actions taken (dating back to 1982) by FCOR and the PPRD date established for the Class Member ("PPRD History");

    b.  the data for each Class Member contained in the Corrections Offender Network http://www.dc.state.fl.us/OffenderSearch/Search.aspx?TypeSearch=AI) ;

    c.  the documentation provided by FCOR for each Class Member's most recent review by FCOR which generally (but not always) included a report from an FCOR Investigator and a form noting FCOR's action;

    The next section of this report includes a summary of my review of this data. Note that some statistics are provided using both the offense date and sentencing date as the "starting point" for time spent incarcerated. This was done in order to obtain conservative estimates regarding the amount of time served, given individuals are generally brought into custody at some point after their initial offense but before the official sentence date.

6.  Class Members are currently (as of May 29, 2022) approximately 53.2 years old (range: 42 years old to 69 years old), and have been incarcerated for an average of 34.8 years (if using the sentencing date as the starting point) to 36.4 years (if using the offense date as the starting point) as of May 29, 2022. Approximately 27% to 32% of Class Members have already served at least 40 years in prison (prevalence differs based on whether using offense date or sentencing date as the starting point) as of May 29, 2022.

7.  If all Class Members were to be released on the PPRD that was set by FCOR during their most recent interviews, the Class Members will have served approximately 74.4 to 75.8 years (depending on whether using offense date or sentence date as starting point) and they will be approximately 92.6 years old at the time of release (if they were to live that long). Note that 34 Class Members are missing data related to the PPRD assigned at the most recent meeting and 6 individuals had surpassed the most recent post-meeting PPRD in the files that I was given to review (but were presumably still in custody at the time of the interview).

8.  The Class Members are at various stages of the parole interview process. Of the 182 Class Members, 14 did not have information regarding their most recent interview. Of the Class Members with information about their most recent interview (N = 168), 39.3% had an Initial Interview for their most recent interview (66 individuals), 48.2% had a Subsequent Interview as their most recent interview (81 individuals), 8.3% had an Effective Interview as the most recent interview (14 individuals), and 4.2% had an Extraordinary Interview as the most recent (7 individuals). In addition, 167 Class

Members had information about the timing of their initial interview (PPRD History documentation) regardless of their current interview stage.  Note that a sample of the records that I reviewed for individuals at each stage of the interview process is included in the materials as Ex. 1. Below is more information about individuals at each stage of the parole process.

## KEY FINDINGS REGARDING INDIVIDUALS AT THE INITIAL INTERVIEW STAGE

9.  As mentioned earlier, the Initial Interview is when FCOR establishes the first PPRD.  To understand the establishment of the PPRD, data from the Class Members at the Initial Interview stage were reviewed.

10. Of the Class Members for whom information about their PPRD history were present (167 individuals), it appears that approximately 55.7% (93 individuals) had Initial Interviews and corresponding FCOR meetings prior to July 30, 2014 (i.e., before the Florida sentencing matrix was modified).

11. For Class Members at the Initial Interview stage, Initial Interviews were conducted approximately 24.6 years after their official sentencing date and 26.3 years after their offense date.

12. In setting the PPRD, it is my understanding that FCOR assigns a number of total additional incarceration months based on a matrix and aggravating factors.  Based on the information provided, it appears that Class Members with relevant data were assigned an average of 847.2 months of total incarceration time at the Initial Interview (range: 390 months to 2220 months), which amounts to an average of t about 70 years of time served. On average, FCOR assigned to Class Members at the Initial Interview stage approximately 161.3 months using the matrix (range: 90 months to 225 months), approximately 558.8 months for static factors related to the initial offense (range: 60 months to 1980 months), and approximately 127.1 months for institutional conduct (range: 0 months to 480 months).  This means that FCOR is assigning about 13 years of incarceration using the matrix, about 47 years of incarceration for aggravating factors related to the initial offense, and about 11 years of extra time in prison for institutional conduct that has occurred prior to the Initial Interview. The most frequently applied aggravating factors were static factors relating to the original offense such as use of a weapon, seriousness of the offense, vulnerable victim, fleeing the scene and other similar factors.  Note that 18 Class Members at this stage had missing data regarding the number of months assigned.

13. While I am aware that FCOR has the authority to deduct months from the PPRD for mitigating factors (i.e., to shorten the PPRD), I saw no documentation in the records reviewed that the Commissioners assigned an actual number of months to reduce any Class Member's Initial PPRD due to mitigation. Although I sometimes saw a generic statement (e.g., "During the scoring of this case the Commission did consider mitigation" or "The Commission considered mitigation"), I could not find an example that

demonstrated how mitigation was subtracted from the (on average) 847.2 months (70 years) that were assigned using the matrix and aggravating factors.

14. If the Initial PPRD is not changed at the following up interviews (Subsequent, Effective, Extraordinary), Class Members will be approximately 85.6 years old at their earliest possible release date.

15. Based on my review of the PPRD recommended by the Investigator and the PPRD actually assigned to Class Members at the Initial Interview, FCOR generally never accepted the FCOR staff Investigator's recommended PPRD. Approximately 41.8% of Class Members received an earlier PPRD than recommended by the Investigator and approximately 58.2% received a later PPRD than recommended by the Investigator. Of the Class Members whose post-meeting PPRD was earlier than recommended by the Investigator (N = 23), FCOR chose a PPRD that was approximately 154.8 months earlier than the recommended date (range 17 months to 623 months). Of the Class Members whose PPRD was later than recommended by the Investigator (N = 32), FCOR chose a PPRD that was approximately 207.3 months later than the recommended date (range 10 months to 1284 months). Note that 11 Class Members at this stage had missing data regarding Investigator recommendation and FCOR response.

16. Almost all of the Class Members were scheduled for their next interview with FCOR in 7 years (87.8%). Only 1 individual was scheduled for the next interview in 5 years and 5 Class Members were scheduled for their next interview in 6 years. In all cases, FCOR cited factors related to the original offense as the primary reason for the timeframe selected for the next interview. Note that 17 cases were missing data regarding the timing of the next interview.

**KEY FINDINGS REGARDING INDIVIDUALS AT THE SUBSEQUENT INTERVIEW STAGE**

17. To understand whether FCOR extends or reduces the PPRD after an Initial Interview, I reviewed the information provided regarding subsequent interviews for 81 Class Members.

18. For Class Members at the Subsequent Interview stage, interviews were conducted approximately 36.7 years after their official sentencing date and 38.0 years after their offense date.

19. If the Class Members were to be released on the PPRD that was set after the most recent interview for Class Members at the Subsequent Interview stage, the average Class Member will serve approximately 89.9 years to 91.3 years in prison, and they will be approximately 108.1 years old at their expected release date. Note that 9 individuals at the Subsequent Interview stage had missing data related to the PPRD assigned after the most recent interview.

20. For Class Members at the Subsequent Interview stage, FCOR accepted the Investigator's recommendation regarding the PPRD in 76.4% of cases.  In cases where the Investigator recommended a reduced PPRD (14 individuals), FCOR accepted the recommendation in 42.9% of the cases. In cases where the Investigator recommended an extended PPRD (31 individuals), FCOR accepted the recommendation in 93.5% of the cases. Ultimately, FCOR did not change the PPRD in 41.7% of cases, reduced the PPRD in 9.7% of cases, and extended the PPRD in 48.6% of cases. Note that 9 individuals at this stage had missing information regarding the Investigator's recommendation and FCOR's action.

21. For Class Members who had PPRDs that were reduced after their Subsequent Interview (7 individuals), their PPRDs were reduced by an average of 2.3 years (range 1 year to 4 years).  For Class Members who had PPRDs that were extended after their Subsequent Interview (35 individuals), their PPRDs were extended by an average of 4.3 years (range 1 year to 20 years).

22. Most of the Class Members were scheduled for the next interview in 7 years (69.6% of Class Members at this stage).  The average number of years until next interview was 6.28 (range 1 year to 7 years). In almost all cases (95.7%), FCOR cited factors related to the original offense as the primary reason for the timeframe selected for the next interview. Note that 12 individuals at the Subsequent Interview stage were missing details about the next interview.

**KEY FINDINGS REGARDING INDIVIDUALS AT THE EFFECTIVE INTERVIEW STAGE**

23. A review of those at the Effective Interview stage (who are generally within 90 days of their PPRD expiration) was conducted (N=14) to examine the experiences of Class Members who are at the later stage of the parole process.

24. For Class Members at the Effective Interview stage, interviews were conducted approximately 37.8 years after their official sentencing date and 38.7 years after their offense date. It appears that nearly all Class Members at the Effective Interview stage had surpassed the Initial PPRD assigned to them when they had their Effective Interview (between 1 and 27 years past the Initial PPRD). The one individuals who was not passed his initial PPRD at the Effective Interview stage was within 3 weeks of reaching it when FCOR had its post-interview meeting. Note that 3 individuals were missing data relevant to the initial PPRD or recent meeting date.

25. If the post meeting PPRD is honored at the Effective Interview stage, Class Members will be considered for release in approximately 3 years after their interview/meeting and they will be approximately 60.0 years old. Note that 2 individuals had missing data related to the post meeting PPRD.

26. FCOR accepted the Investigator's recommendation regarding the PPRD in 66.7% of cases (8 individuals) for Class Members at the Effective Interview stage.  In cases where the Investigator recommended parole (4 individuals), FCOR never accepted the

recommendation. In cases where the Investigator recommended an extended PPRD (8 individuals), FCOR accepted the recommendation 100% of the time. Ultimately, FCOR extended the PPRD in 91.7% of cases (11 individuals) and left the PPRD suspended in 1 case (8.3%).  Note that 2 individuals at this stage had missing data regarding the Investigator's recommendation and FCOR's action.

27. Reasons provided for rejecting the Investigator's recommendation of parole (4 cases) included factors such as:
    a. need to complete programming and/or transitional components
    b. judicial objection
    c. unsatisfactory release plan

28. It appears that approximately 14.3% of Class Members (N = 2) at the Effective Interview stage are currently in a suspended status.

29. The time until next interview ranged from 3 to 7 years (average = 4.4 years).  In 81.8% of cases, FCOR primarily cited factors related to the original offense as the rationale for choosing the time-frame for the next interview.  Note that 3 individuals at the Effective Interview stage had missing data related to the next interview.

30. In one case, there was evidence of a judicial objection (this was a case where the FCOR staff Investigator recommended parole but FCOR rejected it).

**KEY FINDINGS REGARDING INDIVIDUALS AT THE EXTRAORDINARY INTERVIEW STAGE**

31. To understand the experiences of Class Members who have moved into the final stage of the parole process, a review of the Extraordinary Interview stage was conducted.

32. There are 7 Class Members whose most recent interview was an Extraordinary Interview. Class Members at the Extraordinary Interview stage had their most recent Extraordinary meetings approximately 41.0 years to 41.6 years after their original offense/sentencing. At the time of the meeting, Class Members at the Extraordinary Interview stage had surpassed their initial PPRD by 12 to 33 years (mean = 22.3 years). Note that 1 individual had missing data related to either the initial PPRD or recent post-meeting PPRD.

33. Note that all Class Members at the Extraordinary stage have also surpassed their current post-meeting PPRD (all Class Members at the Extraordinary Interview stage are in suspended status).  It appears that Class Members at this stage have been in the suspended stage for approximately 11-12 years. FCOR cited the seriousness of the original offense in all 7 cases when making the decision to suspend the case.  FCOR also cited unsatisfactory release plans (N = 3), a need for continued programming (N = 1), lack of completed transitional program participation (N = 1), unsatisfactory institutional conduct (N = 2), and prior judicial objection (N = 2) as rationale for suspending a case.

34. Out of the 7 Class Members at the Extraordinary Interview stage, FCOR accepted the Investigator's recommendation regarding the PPRD in 85.7% of cases (6 individuals). The Investigator recommended parole in 1 case but the recommendation was not accepted by FCOR.  For the case in which the Investigator recommended parole but FCOR rejected it, FCOR cited institutional conduct that occurred between 1977 and 2000 as one of the primary reasons for the decision.  There were no new processed or unprocessed Disciplinary Reports documented in the records between 2000 and 2019, when the recent Extraordinary FCOR meeting was held. FCOR also cited factors related to the initial offense as factors related to its decision to reject the Investigator's recommendation for parole.

35. All individuals at the Extraordinary Interview stage had the next interview set in 7 years. In all cases, FCOR primarily cited factors related to the original offense as the rationale for choosing the time-frame for the next interview.

36. In 2 cases (28.6%), FCOR cited evidence of judicial objection.

37. Attached as Ex. 2, is a copy of the records I reviewed for those Class Members at the Effective and Extraordinary stages.

**DESCRIPTIVE STATISTICS ABOUT CLASS MEMBERS**

| | CLASS MEMBERS AT THE INITIAL INTERVIEW | CLASS MEMBERS AT THE SUBSEQUENT INTERVIEW | CLASS MEMBERS AT THE EFFECTIVE INTERVIEW | CLASS MEMBERS AT THE EXTRAORDINARY INTERVIEW |
|---|---|---|---|---|
| N | 66 | 81 | 14 | 7 |
| Age at Eligible Offense | 16.8 years | 16.8 years | 16.8 years | 16.6 years |
| Time Already Served At Interview (Time Between Offense and Interview Date) | 26.0 years | 38.0 years | 38.6 years | 41.6 years |
| Time Left on Earliest PRRD After Most Recent Post-Interview FCOR Meeting | 42.9 years | 53.1 years | 3.0 years | *** |
| Expected Length of Time to Be Served According to Earliest PPRD from Recent Post-Interview FCOR Meeting | 68.9 years | 91.3 years | 43.3 years | *** |
| Age at Expected Earliest PPRD from Recent Interview | 85.6 years | 108.1 years | 60.0 years | *** |
| % Past Initial PPRD at Recent Post-Interview FCOR Meeting**** | NA | 14.3% | 90.0% | 100% |
| If Past Initial PPRD at FCOR Meeting, How Many Years Past**** | NA | 11.6 years | 15.4 years | 22.3 years |
| % in Suspended Status | 0% | 0% | 14.3% | 100% |

*Notes.*

***Unable to calculate because all have cases had already passed PPRD listed on the most recent interview but were still in custody at the recent interview.

****Note that the first PPRD listed in the PPRD history document was used if the Initial Interview was not listed on the PPRD summary sheet.  If multiple Initial Interviews were listed on the PPRD history document, the first one was used.

**EMPIRICAL EXAMINATION OF SIMILAR JUVENILE LIFERS WHO HAVE BEEN PAROLED SINCE 2014 AND THOSE RELEASED BY COURTS AFTER *ATWELL* AND BEFORE *FRANKLIN***

38. The data used for the following section includes data provided by a research/legal team at Florida International University, list of *Atwell* releasees prepared by Mr. Petillo, information provided by FCOR, and was supplemented through a review of the summary documents available on the Florida Corrections Offender Network (http://www.dc.state.fl.us/OffenderSearch/Search.aspx?TypeSearch=AI).

**INDIVIDUALS WHO WERE RELEASED THROUGH THE TRADITIONAL PAROLE PROCESS SINCE 2014**

39. Those who received traditional parole since 2014 and were released (N=16) were used as a comparison group to the Class Members (N=182) who received life and have not been paroled.  If these individuals had not been paroled, they would have been part of the Class examined in the previous section of this report.  Note that the initial list from the state included 17 individuals, but one individual was determined to be ineligible because his life sentence was for an offense that he committed as an adult (O.L. Anderson, DOC Number 051905).

40. There were 16 individuals paroled through the traditional process since 2014.  Of these individuals, all 16 were male, 10 were Black, and 6 were White.  The individuals were approximately 16.9 years old at the time of the original offense (range: 14.3 years to 17.9 years) and they were approximately 54.7 years old when they were paroled (range: 39.4 years to 70.4 years).

41. The individuals who were paroled in the time-frame of interest were released between 4/15/2014 to 8/17/2021, and they have been back in the community for an average of 4.7 years when the data regarding their potential recidivism were downloaded (range: 0.6 years to 7.9 years).

42. Individuals who were paroled were incarcerated for approximately 36.9 years to 37.8 years before being released.

43. Of the 16 individuals who were released via the parole system, 2 are back in state prison for a new offense or parole violation (as of March 17, 2022).

**JUVENILE LIFERS RELEASED BY THE COURTS DURING THE *ATWELL* WINDOW**

1. Those who were released during the *Atwell* window (N = 98) were used as a comparison group to the Class Members (N = 182) who received life and have not been paroled.

2. Based on the Florida International University dataset and a review of updated Offender Reports available on the Corrections Offender Network, it appears that there were approximately 125 Juvenile Lifers who were afforded the procedures set forth in the 2014

Juvenile Sentencing statute to have a meaningful opportunity to present to a judge evidence of their remorse, rehabilitation and maturity to earn the right to the spend some of their lives outside of prison. If these 125 individuals had not gone through the *Atwell* process, they would have been part of the Class examined in the previous section of this report if they remained incarcerated. The majority of Class Members had petitions for resentencing under *Atwell* that were dismissed when the law changed.

3. Of the 125 cases that were decided during the *Atwell* window, it appears that 98 individuals were released (78%), 6 were given a delayed release, and 3 were given new life sentences.  In other words, in approximately 83% of the cases heard, judges determined that Juvenile Lifers had been sufficiently rehabilitated to earn immediate release (78%) or released in a number of years (5%).  Only 7% of cases considered resulted in resentencing to life sentences.

4. Of the 98 individuals who were released, 95 were males and 3 were female.  In addition, 65 were Black (66.3%), 3 were Hispanic (3.1%), and 30 were White (30.6%). The *Atwell* released individuals were approximately 16.9 years old at the time of the original offense (range: 14.5 years to 17.9 years) and they were approximately 51.9 years old at the time that they were released (range: 40.0 years to 74.8 years).

5. *Atwell* released individuals were released between 2/25/2016 to 9/17/2021, and they have been back in the community for an average of 3.9 years when the data regarding their potential recidivism were downloaded (range: 0.5 years to 6.0 years).

6. Individuals who were released via the *Atwell* opportunity were incarcerated for approximately 33.8 years to 35.0 years before being released.

7. Among the *Atwell* population of 98 who have been released, 3 individuals are back in prison for a new offense/violation (3.1%). Note that 1 individual had a missing Offender Report so his current status is unknown.

8. There were 6 individuals who were given a delayed release by the courts during the *Atwell* window. These individuals will be approximately 56.0 years old (range: 44.7 years to 66.1 years) at their expected release date, and they will have served approximately 39.1 years to 40.2 years in prison. These individuals are expected to be released between 7/21/2023 to 1/27/2044.

9. There were 3 individuals who were resentenced during the *Atwell* window and given a new life sentence.

**COMPARISON OF JLWP INDIVIDUALS WHO WERE RELEASED AND CLASS MEMBERS**

| | PAROLED SINCE 2014 | ATWELL RELEASED | CLASS MEMBERS |
|---|---|---|---|
| N | 16 | 98 | 182 |
| Age at Initial Offense | 16.9 years | 16.9 years | 16.8 years |
| Age at Release[1] | 54.7 years | 51.9 years | 92.6 years |

| | | | |
|---|---|---|---|
| Time Served[2] | 37.8 years | 35.0 years | 75.8 years |
| Time Since Release Date[3] | 4.7 years | 3.9 years | NA |
| # Back in Prison for New Violation or Offense[4] | 2/16 | 3/97 | NA |

*Notes.*

[1] For Class Members, "Age at Release" is the expected age at release if using the most recent post-meeting PPRD. This is an estimate given that the PPRD is likely to change throughout the interview process. For context, out of the 91 Class Member beyond the Initial Interview stage with relevant data regarding FCOR's post-meeting action, FCOR extended the PPRD after the meeting in 50.5% of cases and only reduced the PPRD in 7.7% of cases. Note that 34 Class Members are missing data related to the PPRD assigned at the most recent meeting and 6 individuals had surpassed the most recent post-meeting PPRD in the files that I was given to review (but were presumably still in custody at the time of the interview). All things together, the average in the table is likely a very conservative estimate and likely to be much lower than the actual age at which the Class Members will be when they are eligible to be considered for release.

[2] Time Served uses offense date as starting point and release date as endpoint for Paroled Since 2014 and Atwell Released groups. Time Served is a conservative estimate for Class Members and uses offense date as starting point and most recent post-meeting PPRD. Because it is unknown whether individuals will be released at the current PPRD, and because some individuals have already surpassed their post-meeting PPRD but are still in custody, the average in the table is likely a very conservative estimate and likely to be much lower than the actual length of time that Class Members will have served when they are released.

[3] Time since release uses date when most of the relevant records were downloaded (March 17, 2022) as endpoint.

[4] One person released through *Atwell* is missing information regarding re-incarceration.

## SUMMARY AND CONCLUSION

Research findings from developmental science demonstrate that juveniles are fundamentally different than adults, and as such, should be treated differently. Compared to adults, juveniles are less culpable for their actions because of developmental factors that make them less able to make good decisions in emotionally salient situations, more influenced by others, less able to control impulsive behavior, more attracted to rewards, less likely to think about the consequences, and less likely to think about the future. The good news is that developmental science also shows that kids can and do change as their brains continue to develop into their twenties and beyond. In fact, one of the most robust findings in criminological, sociological, and psychological research is that age is a strong predictor of criminal behavior: the likelihood of criminal behavior gradually increases throughout adolescence but then drastically declines as individuals mature into adulthood (commonly referred to as the "age-crime curve"). The research findings regarding the age-crime curve are borne out by the data reviewed in this report when examining the low recidivism rates among the Juvenile Lifers who have been released.

The emphasis on maturity and rehabilitation in the relevant sentencing and judicial review statutes regarding Juvenile Lifers in Florida appears to be consistent with developmental science.  The fact that so many individuals were released through the courts during the *Atwell* window appears to be consistent with the recognition that people can change and that mature adults are at low risk of violent recidivism.

In contrast to the *Atwell* population, only 16 individuals have been paroled through the traditional parole process since 2014.  Furthermore, FCOR has assigned an initial PPRD to Class Members that amounts to an average of 70 years of total incarceration time and this PPRD is likely to be extended throughout the parole process.  In the cases that I was able to review, it appears that the Initial PPRD was extended in approximately 78% of Interviews after the Initial Interview.  When the Initial PPRD was extended throughout the process, it was extended by an average of 15 years.

Using the most conservative estimates, Class Members will be incarcerated until they are in their 90s (if they live that long) and they will have served over 75 years in prison for a crime that was committed when they were 13 to 17 years old.  This will be over twice as long as the sentences served by similar Juvenile Lifers who have been released, and who have demonstrated a low risk of recidivism.  The slow rate of release and the extended sentence lengths for Class Members who did not have an opportunity during the *Atwell* window do not align with research from developmental science and the current parole process does not give Class Members a meaningful opportunity to present evidence of their rehabilitation and maturity.  To truly and fairly measure whether an individual has achieved the maturation and rehabilitation necessary to be successfully reintegrated into society, a comprehensive forensic/psychological evaluation should be conducted by a trained clinician at the appropriate parole interviews.  A clinical assessment would allow Class Members and similarly situated individuals to demonstrate whether they have changed and whether they can live productive lives back in the community.


Dated: Irvine, California
        June 1, 2022


_____
Elizabeth Cauffman

# References Cited

Arnett, J. (2000).  Emerging adulthood: A theory of development from the late teens through the twenties.  *American Psychologist*, *55*, 469-480.

Barbas, H., & Zikopoulos, B. (2007). The prefrontal cortex and flexible behavior. *The Neuroscientist, 13*, 532–545.

Bechara, A., Tranel, D., & Damasio, H.  (2000).  Characterization of the Decision- Making Deficit of Patients with Ventromedial Prefrontal Cortex Lesions, *Brain, 123*, 2189-2202.

Blair, C. (2010). Stress and the Development of Self-Regulation in Context. Child Development Perspectives, 4(3), 181-188.

Braams, B., van Duijvenvoorde, A., Peper, J., & Crone, E. (2015). Longitudinal changes in adolescent risk-taking: A comprehensive study of neural responses to rewards, pubertal development and risk taking behavior. *Journal of Neuroscience, 35*, 7226-7238.

Brown, S., & Tapert, S. F. (2004). Adolescence and the trajectory of alcohol use: Basic to clinical studies.  *Annals of the New York Academy of Sciences*, *1021*(1), 234–244.

Casey, B., J., Giedd, J. N., & Thomas, K. M., (2000).  Structural and Functional Brain Development and its Relation to Cognitive Development, *Biological Psychology, 54*, 241-257.

Casey, B. J., Jones, R. M., Levita, L., Libby, V., Pattwell, S. S., Ruberry, E. J., . . . Somerville, L. H. (2010). The storm and stress of adolescence: insights from human imaging and mouse genetics. *Developmental psychobiology, 52*(3), 225-235.

Cauffman, E. & Steinberg, L.  (2000).  (Im)maturity of judgment in adolescence: Why adolescents may be less culpable than adults.  *Behavioral Sciences & the Law*, *18*, 741-760.

Cauffman, E., Shulman, E., Steinberg, L., Claus, E., Banich, M., Woolard, J., & Graham, S.  (2010).  Age differences in sensitivity to the rewards and costs of a risky decision as indexed by performance on the Iowa gambling task.  *Developmental Psychology*, *46*, 193-207.

Chassin, L., Dmitrieva, J., Modecki, K., Steinberg, L., Cauffman, E., Piquero, A., Knight, G., & Losoya, S. (2010). Does adolescent alcohol and marijuana use predict suppressed growth in psychosocial maturity? *Psychology of Addictive Behaviors*, *4*, 48-60.

Chein, J., Albert, D., O'Brien, L., Uckert, K., & Steinberg, L.  (2011).  Peers increase adolescent risk taking by enhancing activity in the brain's reward circuitry.  *Developmental Science*, *14*, 1-10.

Chen, L. H., Baker, S. P., Braver, E. R., & Li, G. (2000). Carrying passengers as a risk factor for crashes fatal to 16-and 17-year-old drivers. *Journal of the American Medical Association*, *283*(12), 1578–1582.

Clark, D.B., Thatcher, D.L., & Tapert, S.F. (2008). Alcohol, psychological dysregulation, and adolescent brain development. *Alcoholism: Clinical and Experimental Research*, *32*(3), 375-385.

Cohen, A., Breiner, K., Steinberg, L., Bonnie, R., Scott, E.,……Casey, B.J. (2016).  When is an adolescent and adult?  Assessing cognitive control in emotional and nonemotional contexts. *Psychological Science, 27*, 549-562.

Colder, C.R., & Chassin, L.C. (1997). Affectivity and impulsivity: Temperament risk for adolescent alcohol involvement. *Psychology of Addictive Behaviors*, *11*(2), 83-97.

Cooper, M.L., Agocha, V.B., & Sheldon, M.S. (2000). A motivational perspective on risky behaviors: The role of personality and affect regulatory processes. *Journal of Personality*, *68*(6), 1059-1088.

Federal Bureau of Investigation. (2010). *Crime in the United States, 2010*. Retrieved from fbi.gov/about-us/cjis/ucr/crime-in-the-u.s/2010/crime-in-the-u.s.-2010.

Finer, L. B. (2010). Unintended pregnancy among U.S. adolescents: Accounting for sexual activity. *Journal of Adolescent Health*, *47*(3), 312–314.

Gardner, M. & Steinberg, L.  (2005).  Peer influence on risk taking, risk preference, and risky decision making in adolescence and adulthood:  An experimental study.  *Developmental Psychology, 41*, 625-635.

Giancola, P.R., Martin, C.S., & Tarter, R.E. (1996). Executive cognitive and aggressive behavior in preadolescent boys at high risk for substance abuse/dependence. *Journal of Studies on Alcohol*, *57*, 352-259.

Giedd, J. N. (2004). Structural magnetic resonance imaging of the adolescent brain. *Annals of the New York Academy of Sciences, 1021*, 77-85.

Giorgio, A., Watkins, K. E., Chadwick, M., James, S., Winmill, L., Douaud, G., … & James, A. C. (2010). Longitudinal changes in grey and white matter during adolescence. *NeuroImage, 49*(1), 94-103.

Gogtay, N.,  Giedd, J., Lusk, L., Hayashi‡, K., Greenstein, D., Vaituzis, A. C., Nugent III, T., Herman, D., Clasen, L., Toga‡, A., Rapoport, J., & Thompson, P.  (2004).  Dynamic Mapping of Human Cortical Development During Childhood Through Early Adulthood,  *Proc. Nat'l Acad. Sci, 101*, 8174-8179.

Gunnar, M. R., Wewerka, S., Frenn, K., Long, J. D., & Griggs, C. (2009). Developmental changes in hypothalamus-pituitary-adrenal activity over transition to adolescence: normative changes and associations with puberty. *Development and Psychopathology, 21*, 69-85. doi: 10.1017/S0954579409000054

Halpern-Felsher, B. & Cauffman, E.  (2001). Costs and benefits of a decision:  Decision-making competence in adolescents and adults.  *Journal of Applied Developmental Psychology*, *22*, 257-273.

Hanson, J. L., Chung, M. K., Avants, B. B., Rudolph, K. D., Shirtcliff, E. A., Gee, J. C., . . . Pollak, S. D. (2012). Structural variations in prefrontal cortex mediate the relationship between early childhood stress and spatial working memory. *The Journal of Neuroscience, 32*(33), 7917-7925.

Holmes, A., & Wellman, C. L. (2009). Stress-induced prefrontal reorganization and executive dysfunction in rodents. *Neuroscience and Biobehavioral Reviews, 33*, 773–783.

Insel, T. & Fernald, R. (2004) How the brain processes social information: Searching for the social brain. *Annual Review of Neuroscience*, *27*, 697–722.

Kagan, J. & Coles, R. (Eds.). (1972).  *Twelve to sixteen: Early adolescence*.  New York: Norton.

Keniston, K.  (1970).  Youth: A "new" stage of life.  *American Scholar, 39*, 631-641.

Kinnunen, A. K., Keonig, J. I., & Bilbe, G. (2003). Repeatedvariable prenatal stress alters pre- and postsynaptic gene expression in the rat frontal pole. *Journal of Neurochemistry, 86*, 736-748.

Liu, D., Diorio, J., Day, J. C., Francis, D. D., & Meaney, M. J. (2000). Maternal care, hippocampal neurogenesis, and cognitive development in rats. *Nature Neuroscience, 3*, 799–806.

Luciana, M. (2013). Adolescent brain development in normality and psychopathology. *Developmental Psychopathology, 25*, 1325–1345.

Monahan, K.  King, K., Shulman, E., Chassin, L. & Cauffman, E.  (2015).  The effects of violence exposure on the development of impulse control and future orientation: Time specific and generalized effects.  *Development and Psychopathology, 27*, 1267-1283.

Monahan, K., Steinberg, L., Cauffman, E., & Mulvey, E. P. (2013).  Psychosocial (im)maturity from adolescence to early adulthood: Distinguishing between adolescence limited and persisting antisocial behavior. *Development & Psychopathology, 25*, 1093-1105.

Monitoring the Future. (2009). Trends in lifetime prevalence of use of various drugs. University of Michigan. Retrieved from http://monitoringthefuture.org/data/09data/pr09t1.pdf

National Highway Traffic Safety Administration. (2007). Comparison analysis of fatality trend by age group – 1996 to 2005. Retrieved from http://wwwnrd.nhtsa.dot.gov/Pubs/810759.pdf

Nelson, E. E., Leibenluft, E., McClure, E. B., & Pine, D. S. (2005). The social re-orientation of adolescence: A neuroscience perspective on the process and its relation to psychopathology. *Psychological Medicine*, *35*, 163-174.

O'Brien, L., Albert, D., Chein, J., & Steinberg, L. (2011). A peer influence on the subjective value of monetary offers in young adults. *Journal of Research in Adolescence*, *21*, 747-753.

Paus, T., Zijedenbos, A., Worsley, K., Collins, D. L., Blumenthal, J., Giedd, J. N., … & Evans, A. C. (1999). Structural maturation of neural pathways in children and adolescents: In vivo study. *Science, 283*, 1908-1911.

Paus, T. (2010). Growth of white matter in the adolescent brain: Myelin or axon? *Brain and Cognition, 72*, 26-35.

Pechtel, P., & Pizzagalli, D. A. (2010). Effects of early life stress on cognitive and affective function: an integrated review of human literature. *Pschopharmacology, 214*, 55-70. doi: 10.1007/s00213-010-2009-2

Petanjek, Z., Judas, M., Simic, G., Rasin, M.R., Uylings, H.B., Rakic, P., & Kostovic, I. (2011). Extraordinary neoteny of synaptic spines in the human prefrontal cortex. *Proceedings of the National Academy of Science of the United States of America, 108*(32), 13281-13286.

Piquero, A. R. (2008). Taking stock of developmental trajectories of criminal activity over the life course. *The long view of crime: A synthesis of longitudinal research*, 23–78.

Potenza, M.N. (2007). To do or not to do? The complexities of addiction, motivation, self-control and impulsivity. *American Journal of Psychiatry, 164*, 4-6.

Romeo, R. D. (2010). Adolescence: a central event in shaping stress reactivity. *Developmental psychobiology, 52*(3), 244-253.

Schubert, C. A., Mulvey, E. P., Steinberg, L., Cauffman, E., Losoya, S. H., Hecker, T., & Knight, G. P. (2004). Operational lessons from the Pathways to Desistance project. *Youth Violence and Juvenile Justice, 2*, 237-255.

Sebastian, C., Viding, E. Williams, K. D., & Blakemore, S.-J. (2010). Social brain development and the affective consequences of ostracism in adolescence. *Brain and Cognition*, *72*, 134-145.

Sowell, E. R., Thompson, P. M., Tessner, K. D., & Toga, A. W. (2001). Mapping continued brain growth and gray matter density reduction in dorsal frontal cortex: Inverse relationships during post-adolescent brain maturation. *The Journal of Neuroscience, 21*, 8819-8829.

Squeglia, L., Jacobus, J., & Tapert, S. (2009). The influence of substance use on adolescent brain development. *Clinical EEG and Neuroscience. 40*, 31-38.

Steinberg, L., Cauffman, E., Woolard, J., Graham, S. & Banich, M.  (2009).  Are adolescents less mature than adults?  Minors' access to abortion, the juvenile death penalty, and the alleged APA "flip-flop".  *American Psychologist*, *64*, 583-594.

Steinberg, L., & Monahan, K. (2007). Age differences in resistance to peer influence. *Developmental Psychology, 43*, 1531-1543.

Stolzenberg, L., & D'Alessio, S. J. (2008). Co-offending and the age-crime curve. *Journal of Research in Crime and Delinquency*, *45*(1), 65–86.

Veenema, A. H. (2009). Early life stress, the development of aggression and neuroendocrine and neurobiological correlates: what can we learn from animal models? *Frontiers in neuroendocrinology, 30*(4), 497-518.

Volkow, N.D., Fowler, J.S., & Wang, G.J. (2003). The addicted human brain viewed in the light of imaging studies: brain circuits and treatment strategies. *Neuropharmacology*, *47*, 3-13.

Volkow, N., & Li, T.-K. (2005). The neuroscience of addiction. Nature *Neuroscience*, *8*(11), 1429-1430.

White, H.R. (1990) The drug use-delinquency connection in adolescence. In R. Weisheit (Ed.), *Drugs, crime and the criminal justice system*, (pp. 215-256). Cincinnati, Ohio: Anderson.

**APPENDIX A:  Expert CV of Elizabeth Cauffman**

---

Department of Psychological Science          (949) 824-4075 – Phone
School of Social Ecology                     (949) 824-3002 – FAX
University of California, Irvine             cauffman@uci.edu
4308 Social & Behavioral Sciences Gateway    http://3dlab.psychology.uci.edu/
Irvine, CA 92697

---

## *CURRENT POSITION*

2010-present   **Professor,** University of California, Irvine
                Department of Psychological Science
                Department of Criminology Law & Society (courtesy appointment)
                School of Education (courtesy appointment)
                School of Law (courtesy appointment)

## *PREVIOUS POSITIONS*

2006-2010   **Associate Professor,** Departments of Psychological Science, and Education.
            University of California, Irvine.

2004-2006   **Assistant Professor,** Departments of Psychological Science, and Education.
            University of California, Irvine.

1998-2004   **Assistant Professor,** Western Psychiatric Institute & Clinic.
            Department of Psychiatry – Law and Psychiatry Research Program.
            University of Pittsburgh

1995 - 1996   **Adjunct Faculty,** Department of Psychology, The College of New Jersey (formerly
              Trenton State College).

## *EDUCATION*

1998   **Stanford University**
        Postdoctoral Fellow at the Stanford Center on Adolescence.

1996   **Temple University**
        Ph.D. in Developmental Psychology.

1992   **University of California, Davis**
        B.A. in Psychology.  Minor in Human Development.

## HONORS AND AWARDS

2014   Social Ecology Professor of the Year, University of California, Irvine
2012   Chancellor's Fellow, University of California, Irvine
2011   Dean's Award for Excellence in Undergraduate Teaching, University of California, Irvine
2010   Associated Graduate Students Mentoring Award, University of California, Irvine
2008   Dan Stokols Interdisciplinary Research Award, University of California, Irvine
2008   Associated Graduate Students Mentoring Award, University of California, Irvine
2007   Chancellor's Award for Excellence in Fostering Undergraduate Research, UC, Irvine
2002   Vice Chancellor's Young Investigator Address for Exceptional Research, Univ. of Pittsburgh
1998   Summer Scholar at Center for Advanced Study in the Behavioral Sciences, Stanford University
1996   College of Arts & Sciences Teaching Merit in Psychology, Temple University
1994   James D. Page Award, Temple University
1994   Counselor of the Year, Anchor House Shelter, Trenton, NJ
1993   Graduate School Summer Fellowship, Temple University
1992   Outstanding Senior Award, University of California, Davis

## PROFESSIONAL ACTIVITIES

2018 – present **Member**, National Academies of Sciences, Engineering, and Medicine's Committee on the Neurobiological and Socio-behavioral Science of Adolescent Development and Its Applications
2018 – present **Executive Council, Member at Large**, Society for Research on Adolescence
2018   **Member**, Awards Committee, Society for Research on Adolescence
2017 – present **Consultant**, Youth Villages: The Force for Families
2015 – 2016   **Member**, Society for Research on Adolescence Awards Committee.
2007 – 2016   **Member**, John D. and Catherine T. MacArthur Foundation Models for Change Initiative.
2007 – 2008   **Member**, Membership Committee, Society for Research on Adolescence.
2005 – 2013   **Member**, Center for Psychology and Law, University of California, Irvine
2005 – 2010   **Member**, Office of Juvenile Justice and Delinquency Prevention Girls Study Group.
2005   **Member**, American Society of Criminology Gene Carte Student Paper Competition.
2003 - 2004   **Governor Appointee** to the Pennsylvania Commission on Crime and Delinquency, Juvenile Justice and Delinquency Prevention Committee.
2002   **Ad hoc Committee Member**, American Psychological Association Division 7 ad hoc committee to review Institutional Review Board requirements for research involving children.
2000 - 2002   **Faculty Member**, National Judicial College.  Reno, NV.
2000 - 2002   **Member**, Society for Research on Adolescence Awards Committee.
1997 - 2006   **Network Member,** John D. and Catherine T. MacArthur Foundation Network on Adolescent Development and Juvenile Justice

## UNIVERSITY PROFESSIONAL SERVICE

2016 – present **Director**, Masters of Legal & Forensic Psychology, University of California, Irvine
2013 – present **Director**, Center for Psychology and Law, University of California, Irvine
2011 – present **Chair**, Institutional Review Board, University of California, Irvine.
2016 – 2018   **Co-Director**, UC Consortium for Social Sciences & the Law
2010 – 2013   **Director of Graduate Studies**, Department of Psychological Science, UCI
2010          **Chair**, Academic Program Review Board, University of California, Irvine.
2008 – 2011   **Vice Chair**, Institutional Review Board, University of California, Irvine.
2008 – 2010   **Member**, Academic Program Review Board, University of California, Irvine.
2007 – 2010   **Member**, Council on Education Policy, University of California, Irvine.
2006 – 2010   **Chair**, Curriculum Committee for the Psychological Science, University of California, Irvine.
2006 – 2008   **Member**, Institutional Review Board, University of California, Irvine.
1998 - 2004   **Reviewer**, Western Psychiatric Institute & Clinic internal research review committee.


## *GRANT FUNDING*

Young Adult Court: A New Approach to Justice
  National Institute of Justice
    $783,000 (1/1/2019 – 12/31/21) – Principal Investigator

*Building a Young Adult Court in Orange County*
  UC Consortium on Adolescent Development
    $3,965 (1/1/2018 – 6/30/2018) – Principal Investigator

*Crossroads: Formal vs. Informal Processing in the Juvenile Justice System*
  William T. Grant Foundation
    $598,937 (7/1/2018 – 6/30/2020) – Principal Investigator
  Fudge Family Foundation
    $75,000 (10/1/2017 – no end date) – Principal Investigator
    $75,000 (10/1/2016 – no end date) – Principal Investigator
  SAMHSA
    $35,000 (8/5/2016 – 9/22/2016) – Principal Investigator
  County of Orange
    $402,714 (7/1/2015 – 12/31/2018) – Principal Investigator
  John D. & Catherine T. MacArthur Foundation Models for Change Initiative
    $352,187 (1/1/2016 – 12/31/2016) – Principal Investigator
    $1,000,000 (7/1/2015 – 12/31/18) – Principal Investigator
    $3,000,000 (10/1/10 – 9/30/17) – Principal Investigator
    $550,000 (7/1/2016 – 12/31/2018) – Principal Investigator
  Office of Juvenile Justice & Delinquency Prevention
    $500,000 (10/1/10 – 9/30/14) – Principal Investigator

*UC Consortium on Social Sciences & the Law*
  UC Multicampus Research Programs and Initiatives
    $298,341 (1/1/2015 – 12/31/2016) – Co Principal Investigator

*Fight Crime: Invest in Kids – Educating Police on Adolescent Development*
    Council for a Strong America
        $22,500 (8/30/2016 – 12/31/2017) – Principal Investigator

*Ending Homelessness for Youth*
    Project Hope Alliance
        $4,000 (10/31/2018 – no end date) – Principal Investigator
        $14,500 (1/1/2018 – no end date) – Principal Investigator
        $14,500 (10/1/2017 – no end date) – Principal Investigator
        $14,500 (1/1/2017 – no end date) – Principal Investigator
        $14,500 (10/1/2016 – no end date) – Principal Investigator
        $13,500 (10/1/2015 – no end date) – Principal Investigator
        $11,500 (8/31/2014 – no end date) – Principal Investigator

*Center for Psychology & Law - Views by Two Speaker Series*
    Fudge Family Foundation
        $8,000 (3/9/2016 – no end date) – Principal Investigator
        $8,000 (2/18/2015 – no end date) – Principal Investigator

*Infrastructure Development: Formal vs. Informal Processing in the Juvenile Justice System*
    John D. & Catherine T. MacArthur Foundation Models for Change Initiative
        $375,000 (2/15/10 – 12/31/11) – Principal Investigator

*Occupying Idle Hands: Out-of-School Time and Successful Navigation of the High School Years*
    Charles Stewart Mott Foundation
        $150,000 (9/1/09 – 8/31/11) – Co-Principal Investigator

*Violation of Probation and Parole: How much DMC is there in Parole/Probation Violations?*
    John D. & Catherine T. MacArthur Foundation Models for Change Initiative
        $50,000 (10/15/08 – 6/30/10) – Principal Investigator

*Acculturation and Moral Foundations in Adolescence*
    UC MEXUS
        $1,500 (3/1/08 – 2/28/09) – Principal Investigator

*The Iatrogenic Effects of Incarceration*
    UC Irvine Center for Evidence-Based Corrections
        $17,366 (2005-2006) – Principal Investigator

*NICHD Study of Early Child Care and Youth Development – Phase IV*
    National Institute of Child Health and Human Development
        $1,376,990 (2/1/05 – 1/31/07) – Co-Principal Investigator

*Assessing Juvenile Psychopathy: A Longitudinal Follow-up*
    William T. Grant Foundation

$404,455 (1/15/04 – 1/14/06) – Principal Investigator
John D. & Catherine T. MacArthur Foundation Network on
Adolescent Development & Juvenile Justice
$80,000 (1/15/04 – 1/14/06) – Principal Investigator

*Improving Services for Mentally Ill Juvenile Offenders*
National Institute of Mental Health – K01
$697,915 (3/15/01 – 6/30/06) – Principal Investigator

*Decision-Making in Everyday Life: How Culpable are Adolescents?*
John D. & Catherine T. MacArthur Foundation Network on
Adolescent Development & Juvenile Justice
$71,160 (9/1/04 – 9/1/05) – Principal Investigator

*Understanding Girls in the Juvenile Justice System*
Juvenile Law Center
$6,500 (7/1/04 – 1/30/05) – Principal Investigator

*Mental Health Screening and Assessment in Juvenile Detention: A Multi-Site Study*
Pennsylvania Department of Public Welfare
$116,000 (4/1/03 – 6/30/05) – Principal Investigator

*Understanding the Female Offender*
National Institute of Justice
$195,655 (12/1/01 – 6/30/04) – Co-Principal Investigator

*Assessing Juvenile Psychopathy: Developmental & Legal Implications*
William T. Grant Foundation
$279,659 (7/01/01 – 12/31/03) – Principal Investigator
John D. & Catherine T. MacArthur Foundation Network on
Adolescent Development & Juvenile Justice
$50,000 (7/01/01 – 12/31/03) – Principal Investigator

*Pathways to Desistance: A Prospective Study of Serious Adolescent Offenders*
Office of Juvenile Justice & Delinquency Prevention
$1,694,404 (2000 – 2001) – Co-Principal Investigator
$2,091,578 (2001 – 2002) – Co-Principal Investigator
$499,999 (2002 – 2003) – Co-Principal Investigator
$1,699,991 (2003 – 2005) – Co-Principal Investigator
$1,499,817 (2005-2006) – Co-Principal Investigator
$1,498,131 (2006-2007) – Co-Principal Investigator
$130,000 (2007-2008) – Co-Principal Investigator
$600,000 (2007-2008) – Co-Principal Investigator
$553,934 (2008-2009) – Co-Principal Investigator
$449,811 (2009-2010) – Co-Principal Investigator
William T. Grant Foundation

    $348,391 (2000 – 2002) – Co-Principal Investigator
    $350,000 (2002 –2005) – Co-Principal Investigator
Robert Wood Johnson Foundation
    $739,486 (2001 – 2005) – Co-Principal Investigator
Pennsylvania Commission on Crime & Delinquency
    $149,659 (2001 – 2002) – Co-Principal Investigator
    $149,976 (2003 –2003) – Co-Principal Investigator
John D. & Catherine T. MacArthur Foundation Network on
Adolescent Development & Juvenile Justice
    $35,364 (4/01/02 – 12/31/02) – Co-Principal Investigator
National Institute on Drug Abuse
    $4,423,097 (2005-2010) – Co-Principal Investigator

*Prospective Study of Serious Adolescent Offenders: Pilot*
    National Institute of Justice
    $368,176 (9/1/99 – 2/28/01) – Co-Principal Investigator

*Site Selection: Prospective Study of Serious Adolescent Offenders*
    John D. & Catherine T. MacArthur Foundation Network on
    Adolescent Development & Juvenile Justice
    $64,935 (5/1/99 – 10/31/00) – Principal Investigator

*Assessing Mental Health Problems among Serious Institutionalized Delinquents*
    National Institute of Justice
    $4,531 (4/15/99 – 10/15/00) – Consultant

*MacTeen: A Compendium of Measures*
    John D. & Catherine T. MacArthur Foundation
    $25,500 (4/1/99 – 12/31/99) – Principal Investigator

*Neuropsychological and Psychological Functioning of Incarcerated & Non-incarcerated Youth.*
    John D. & Catherine T. MacArthur Foundation Network on
    Adolescent Development & Juvenile Justice
    $35,000 (11/1/97 – 10/31/98) – Principal Investigator

*Posttraumatic Stress Disorder among Female Juvenile Offenders.*
    Stanford Center on Adolescence Small Seed Grant
    $5,000 (11/1/96 – 10/31/97) - Principal Investigator

*PUBLICATIONS*

*Asterisks denote publications with current or former graduate students, or postdoctoral scholars.*

*JOURNAL ARTICLES – PEER REVIEWED*

*Cavanagh, C. & **Cauffman, E.** (in press). The role of re-arrests in juvenile offenders' and their mothers' attitudes toward police. *Law and Human Behavior*.

*Kaasa, S., *Tatar, J., Dezember, A. & **Cauffman, E.** (in press).  The impact of waiver to adult court on youths' perceptions of procedural justice.  *Psychology, Public Policy, & Law*.

*Cavanagh, C., *Mahler, A., & **Cauffman, E.** (in press). How does juvenile offending relate to mothers' aspirations and expectations for their sons? *Journal of Research on Adolescence*.

Robertson, E. L., Frick. P. J., Ray, J. V., Thornton, L. C., Wall Myers, T. D., Steinberg, L., & **Cauffman, E**. (in press). The associations among callous-unemotional traits, worry, and aggression in justice involved adolescent boys. *Clinical Psychological Science*.

*Fine, A., *Simmons, C., Miltimore, S., **Cauffman, E**., Steinberg, L., & Frick, P. (in press). The school experiences of male adolescent offenders: Implications for academic performance and recidivism. *Crime and Delinquency*.

Bersani, B., *Fine, A., Piquero, A., Steinberg, L., Frick, P., & **Cauffman, E**.  (in press). Investigating the offending histories of undocumented immigrants.  *Migration Letters*.

*Simmons, C., Steinberg, L., Frick, P.J., & **Cauffman, E**. (*in press*). The differential influence of absent and harsh fathers on juvenile delinquency. *Journal of Adolescence*.

Thornton, L. C., Frick, P. J., Ray, J. V., Wall Myers, T. D., Steinberg, L. & Cauffman, E. (in press). Risky sex, drugs, sensation seeking, and callous unemotional traits in justice-involved adolescent males. *Journal of Clinical Child and Adolescent Psychology*.

*Fine, A., Wolff, K., Baglivio, M., Piquero, A., Frick, P., Steinberg, L., & Cauffman, E. (in press). Does the effect of justice system attitudes on adolescent crime vary based on psychosocial maturity?  *Child Development*.

*Mahler, A., Fine, A., Frick, P., Steinberg, L. & Cauffman, E.  (in press).  Expecting the unexpected? Expectations for future success among adolescent first-time offenders.  *Child Development*.

*Thomas, A., *Ozbardakci, N., *Fine, A., Steinberg, L., Frick, P. & **Cauffman, E**.  (in press). Physical and emotional maternal hostility: Differential effects on adolescents' depression and reoffending.  *Journal of Research on Adolescence*.

Wall Myers, T.D., Salcedo, A., Frick, P.J., Ray, J.V., Thornton, L.C., Steinberg, L., & **Cauffman, E**. (in press). Understanding the link between exposure to violence and aggression in justice-involved adolescents. *Development and Psychopathology*.

*Fine, A., *Cavanagh, C., Frick, P., Steinberg, L. & **Cauffman, E.** (in press).  Can probation officers identify remorse among male adolescent offenders? *Psychological Assessment*, *29*, 754-761.

Broidy, L. & **Cauffman, E.** (in press).  The Glueck women: Using the past to assess and extend contemporary understandings of women's desistance from crime. *Journal of Developmental Life Course Criminology.*

Haltigan, J.D., Roisman, G., **Cauffman, E**., & Booth-LaForce (in press).  Correlates of childhood versus adolescence-onset internalizing symptomatology from infancy to young adulthood. *Journal of Youth & Adolescence*, *46*, 197-212.

*Kimonis, E., Graham, N., & **Cauffman, E**. (in press).  Aggressive male juvenile offenders with callous-unemotional traits show aberrant attentional orienting to distress cues. *Journal of Abnormal Child Psychology*.

*Cavanagh, C. & **Cauffman, E.** (2017). The longitudinal association of relationship quality and reoffending among first time juvenile offenders and their mothers. *Journal of Youth and Adolescence*, *46*, 1533–1546

*Cavanagh, C. & Cauffman, E. (2017).  What they don't know can hurt them: Mothers' legal knowledge of youth reoffending. *Psychology, Public Policy, & Law*, *23*, 141-153.

*Mahler A., *Simmons, C., Frick, P., Steinberg, L., & Cauffman, E. (2017). Aspirations, expectations and delinquency: The moderating effect of impulse control. *Journal of Youth and Adolescence*, *46*, 1503-1514.

*Fine, A., *Donley, S., *Cavanagh, C., Steinberg, L., Frick, P., & **Cauffman, E.** (2017). And justice for all: Determinants and effects of probation officers' processing decisions regarding first-time juvenile offenders. *Psychology, Public Policy, and Law, 23,* 105-117.

*Fine, A., *Cavanagh, C., *Donley, S., Frick, P., Steinberg, L., & **Cauffman, E.** (2017). Is the effect of justice system attitudes on recidivism stable after youths' first arrest?: Race and legal socialization among first-time offenders. *Law and Human Behavior, 41,* 146-158.

**Cauffman, E.,** *Donley, S., & *Thomas, A.  (2017).  Raising the age: Raising the issues. *Criminology & Public Policy*, *16*, 73-81.

Ray, J., Frick, P., Thornton, L., Steinberg, L., & **Cauffman, E.** (2017).  Callous-unemotional traits predict self-reported offending in adolescent boys: The mediating role of delinquent peers and the moderating role of parenting practices. *Developmental Psychology*, *53*, 319-328.

**Cauffman, E.,** \*Fine, A., \*Thomas, A. & \*Monahan, K.  (2017). Trajectories of violent behavior among females and males.  *Child Development*, *88*, 41-54.

\*Fine, A., \*Mahler, A., Steinberg, L., Frick, P., & **Cauffman, E**.  (2017).  Individual in context: The role of impulse control on the association between the home, school, and neighborhood developmental contexts and adolescent delinquency.  *Journal of Youth & Adolescence*, *46*, 1488-1502.

\*Fine, A., van Rooij, B., Feldman, Y., Shalvi, S., Scheper, E., Leib, M. & **Cauffman, E.** (2016).  Rule orientation and behavior: Development and validation of a scale measuring individual acceptance of rule violation.  *Psychology, Public Policy, & Law, 22,* 314-329.

\*Shulman, E., \*Bechtold, J., \*Kelly, E., & **Cauffman, E**.  (2016).  Mental health screening in juvenile justice settings:  Evaluating the utility of the Massachusetts Youth Screening Inventory, Version 2.  *Criminal Justice Policy Review*.

\*Fine, A., \*Mahler, A., \*Simmons, C., Chen, C., Moyzis, R., & **Cauffman, E**.  (2016). Relations between three dopaminergic system genes, school attachment, and adolescent delinquency.  *Developmental Psychology*, *52*, 1893-1903.

Roisman, G., Fraley, R.C., Haltigan, J.D., **Cauffman, E**., & Booth-LaForce, C.  (2016).  Strategic considerations in the search for transactional processes: Detecting and quantifying transactional signals in longitudinal data.  *Development & Psychopathology*, *28,* 791-800.

**Cauffman, E**., Skeem, J., \*Dmitrieva, J., & \*Cavanagh, C.  (2016).  Comparing the stability of psychopathy scores in adolescence and adulthood: How often is "fledgling psychopathy" misdiagnosed?  *Psychology, Public Policy, and the Law*, *22*(1), 77-91.

\*Fine, A., **Cauffman, E**., Steinberg, L. & Frick, P.  (2016).  Self-control assessments and implications for predicting adolescent offending. *Journal of Youth & Adolescence*, *45,* 701-712.

Amemiya, J., \*Monahan, K. & **Cauffman, E**.  (2016).  Leaders and followers in juvenile offending: Distinguishing correlates and adjustment to incarceration.  *Criminal Justice and Behavior, 43*(7), 899-922.

\*Tatar, J., \*Cavanagh, C., & **Cauffman, E**.  (2016).  The importance of (anti)social influence in serious juvenile offenders with psychopathic traits.  *Psychology, Public Policy, and Law*, *22*(1), 92-104.

\*Fine, A., \*Cavanagh, C., \*Donley, S., Frick, P., Steinberg, L. & **Cauffman, E**.  (2016).  The role of peer arrests on the development of youths' attitudes towards the justice system.  *Law & Human Behavior*. *40*(2), 211-218.

Ray, J., Frick, P., Thornton, L., Steinberg, L., & **Cauffman, E**.  (2016).  Positive and negative item wording and its influence on the assessment of callous-unemotional traits.  *Psychological Assessment*, *28*(4), 394-404.

*Boessen, A. & **Cauffman, E**.  (2016).  Moving from the neighborhood to the cellblock: The impact of youth's neighborhoods on prison misconduct.  *Crime & Delinquency, 62*(2), 200-228.

Ray, J., Thornton, L., Frick, P., Steinberg, L., & **Cauffman, E**.  (2016).  Impulse control and callous-unemotional traits distinguish patterns of delinquency and substance use in justice involved adolescents: Examining the moderating role of neighborhood context.  *Journal of Abnormal Child Psychology*, *44*, 599-611.

*Fine, A. & **Cauffman, E**.  (2015).  Race and justice system attitude formation during the transition to adulthood.  *Journal of Developmental Life Course Criminology*, *1*, 325-349.

Racz, S., Saha, D., Trent, M., Hoover, A., Bradshaw, C., *Goldweber, A., & **Cauffman, E**.  (2015).  Polysubstance use among minority adolescent males incarcerated for serious offenses.  *Child and Youth Care Forum*, *45*(2), 205-220.

*Cavanagh, C. & **Cauffman, E**.  (2015).  Viewing law and order: Mothers' and sons' justice system legitimacy attitudes and juvenile recidivism.  *Psychology, Public Policy, and Law, 21*(4), 432-441.

*Bechtold, J., *Monahan, K., Wakefield, S. & **Cauffman, E**.  (2015).  The role of race in probation monitoring and responses to probation violations among juvenile offenders in two jurisdictions.  *Psychology, Public Policy, and the Law*, *21*, 323-337.

**Cauffman, E.,** *Monahan, K., & *Thomas, A.  (2015).  Pathways to persistence:  Female offending from 14 to 25.  *Journal of Developmental and Life Course Criminology*, *1*, 236-268.

Arndorfer, A., *Malloy, L., & **Cauffman, E**.  (2015). Interrogations, confessions, and adolescent offenders' perceptions of the legal system.  *Law & Human Behavior*, *39*, 503-513.

Thornton, L. Frick, P., *Shulman, E., Steinberg, L. & **Cauffman, E.**  (2015) Callous-unemotional traits and adolescents' role in group crime.  *Law & Human Behavior*, *39*, 368-377.

*Thomas, A., Monahan, K., Lukowski, A., & **Cauffman, E**.  (2015).  Sleep problems across development: A pathway to adolescent risk taking through working memory.  *Journal of Youth & Adolescence*, *44*, 447-464.

*Monahan, K.  King, K., *Shulman, E., Chassin, L. & **Cauffman, E**.  (2015).  The effects of violence exposure on the development of impulse control and future orientation: Time specific and generalized effects.  *Development and Psychopathology*, *27*, 1267-1283.

*Cavanagh, C.  & **Cauffman, E**.  (2015).  The land of the free: Undocumented families in the juvenile justice system.  *Law & Human Behavior*, *39*, 152-161.

*Monahan, K., VanDerhei, S., *Bechtold, J., & **Cauffman, E**.  (2014).  From the school yard to the squad car: School discipline, truancy, and arrest.  *Journal of Youth & Adolescence*, *43*, 1110-1122.

Tsang, S., Piquero, A., & **Cauffman, E**.  (2014).  An examination of the Psychopathy Checklist: Youth Version among male adolescent offenders: An item response theory analysis. *Psychological Assessment*, *26*, 1333-1346.

*Thomas, A. & **Cauffman, E**.  (2014).  Youth sexting as child pornography:  Developmental science supports less harsh sanctions for juvenile sexters.  *New Criminal Law Review*, *17*, 631-651.

*Bechtold, J., *Cavanagh, C., *Shulman, E. & **Cauffman, E**.  (2014).  Does mother know best?: Adolescent and mother report of impulsivity and subsequent delinquency. *Journal of Youth & Adolescence*, *43*, 1903-1913.

*Kimonis, E., Fanti, K., *Goldweber, A., Marsee, M., Frick, P., & **Cauffman, E**.  (2014).  Callous-unemotional traits in incarcerated adolescents.  *Psychological Assessment*, *26*, 227-237.

*Goldweber, A., **Cauffman, E**., & Cillessen, T.  (2014).  Peer status among incarcerated female offenders:  Associations with social behavior and adjustment.  *Journal of Research on Adolescence*, *24*, 720-733.

*Malloy, L., *Shulman, E., & **Cauffman, E**.  (2014).  Interrogations, confessions, and guilty pleas among serious adolescent offenders.  *Law & Human Behavior*, *38*, 181-193.

*Bechtold, J. & **Cauffman, E**.  (2014).  Tried as an adult, housed as a juvenile: A tale of youth from two courts incarcerated together.  *Law & Human Behavior*, *38*, 126-138.

*Shulman, E. & **Cauffman, E**.  (2014).  Deciding in the dark:  Age differences in intuitive risk judgment.  *Developmental Psychology*, *50*, 167-177.

*Monahan, K., *Dmitrieva, J. & **Cauffman, E**.  (2014).  Bad romance:  Gender differences in the longitudinal association between romantic relationships and deviant behavior.  *Journal of Research on Adolescence*, *24*, 12-26.

*Kaasa, S., **Cauffman, E**., Clarke-Stewart, A., & Loftus, E.  (2013).  False accusations in an investigative context:  Differences between suggestible and non-suggestible witnesses. *Behavioral Sciences & the Law*, *31*, 574-592.

*Shulman, E. & **Cauffman, E**.  (2013).  Reward based risk appraisal and its relation to juvenile versus adult crime.  *Law & Human Behavior*, 412-423.

*Monahan, K. Steinberg, L., **Cauffman, E**., & Mulvey, E.  (2013).  Psychosocial (im)maturity from adolescence to early adulthood:  Distinguishing between adolescence-limited and persisting antisocial behavior.  *Development & Psychopathology*, *25*, 1093-1105.

*Monahan, K., Steinberg, L. & **Cauffman, E**.  (2013).  Age differences in the impact of employment on antisocial behavior.  *Child Development, 84,* 791-801.

**Cauffman, E**.  (2012).  Aligning justice system processing with developmental science. *Criminology & Public Policy*, 11, 751-758.

*Dmitrieva, J., *Monahan, K., **Cauffman, E**., & Steinberg, L.  (2012).  Arrested development: The effects of incarceration on adolescents' development of psychosocial maturity.  *Development & Psychopathology*, *24*, 1073-1090.

**Cauffman, E**. & Steinberg, L.  (2012).  Emerging findings from adolescent development and juvenile justice.  *Victims & Offenders*, *7*, 428-449.

*Kimonis, E., *Tatar, J. & **Cauffman, E**.  (2012).  Substance related disorders among juvenile offenders:  What role do psychopathic traits play?  *Psychology of Addictive Behaviors*, *26*, 212-225.

*Goldweber, A. & **Cauffman, E**.  (2012).  Relational aggression and the DSM-V: What can clinicians tell us?  *Journal of Forensic Psychology Practice, 12,* 35-47.

*Kimonis, E., Frick, P., **Cauffman, E**., *Goldweber, A., & Skeem, J.  (2012).  Primary and secondary variants of juvenile psychopathy differ in emotional processing.  *Development & Psychopathology, 24,* 1091-1103.

Spieker, S., Pierce, K., Campbell, S., **Cauffman, E**., Susman, E., Vandergrift, N., Roisman, G. & the NICHD Network. (2012).  Relational aggression in middle childhood: Predictors and adolescent outcomes.  *Social Development*, *21*, 354-375.

*Monahan, K., *Meyer, K., *Goldweber, A., & **Cauffman, E.**  (2012).  Anxiety and antisocial behavior:  The moderating role of the peer group in adolescence and early adulthood.  *Youth and Society*, *44*, 76-94.

*Tatar, J., *Kaasa, S., & **Cauffman, E**.  (2012).  Perceptions of procedural justice among female offenders:  Time does not heal all wounds.  *Psychology, Public Policy, & Law*, *18*, 268-296.

*Tatar, J., **Cauffman, E.,** *Kimonis, E., & Skeem, J.  (2012). Victimization history and Post-Traumatic Stress: An analysis of psychopathy variants in male juvenile offenders.  *Journal of Child & Adolescent Trauma*, *5*, 102-113.

*Shulman, E. & **Cauffman, E**.  (2011).  Coping while incarcerated:  A study of male juvenile offenders?  *Journal of Research on Adolescence, 21,* 818-826.

Maslowsky, J., Buvinger, E., Keating, D., Steinberg, L., & **Cauffman, E**. (2011). Cost-benefit analysis mediation of the relationship between sensation seeking and risk behavior. *Personality and Individual Differences*, *51*, 802-806.

*Kimonis, E., Ray, J., Branch, J., & **Cauffman, E**.  (2011).  Anger mediates the relation between violence exposure and violence perpetration in male juvenile offenders.  *Child & Youth Care Forum*: *Special Issue on Trauma Exposure and PTSD in Justice-Involved Youth, 40,* 381-400.

*Shulman, E., **Cauffman, E**., Fagan, J. & Piquero, A. (2011). Moral disengagement among serious juvenile offenders: A longitudinal study of the relations between moral cognition and offending. *Developmental Psychology*, *47*, 1619-1632.

*Monahan, K. C., *Goldweber, A., & **Cauffman, E.** (2011). The effects of visitation on incarcerated juvenile offenders: How contact with the outside impacts adjustment on the inside. *Law & Human Behavior, 35,* 143-151.

*Goldweber, A., **Cauffman, E**., *Dmitrieva, J., Piquero, A., & Steinberg, L.  (2011).  The development of criminal style in adolescence:  Separating the lemmings from the loners. *Journal of Youth & Adolescence*, *40*, 332-346.

*Kimonis, E., Skeem, J., & **Cauffman, E**., Dmitrieva, J.  (2011).  Are secondary variants of juvenile psychopathy more reactively violent and less psychosocially mature than primary variants?  *Law & Human Behavior*, *35*, 381-391.

Schubert, C., Mulvey, E., Loughran, T., Fagan, J., Chassin, L., Piquero, A., Losoya, S. Steinberg, L., & **Cauffman, E**.  (2010).  Predicting outcomes for youth transferred to adult court.  *Law & Human Behavior*, *34*, 460-475

Loughran, T., Mulvey, E., Schubert, C., Chassin, L., Steinberg, L., Piquero, A., Fagan, J., Cota-Robles, S., **Cauffman, E**., & Losoya, S.  (2010).  Differential effects of adult court transfer on juvenile offender recidivism.  *Law & Human Behavior*, *34*, 476-488

Schubert, C., Mulvey, E., Loughran, T., Fagan, J., Chassin, L., Piquero, A., Losoya, S. Steinberg, L., & **Cauffman, E**.  (2010).  Predicting outcomes for youth transferred to adult court.  *Law & Human Behavior*, *34*, 460-475

Roisman, G. I., *Monahan, K. C., Campbell, S., B., Steinberg, L., **Cauffman, E.,** & the NICHD Early Child Care Research Network (2010). Is adolescence-onset antisocial behavior developmentally normative? *Development & Psychopathology, 22,* 295-311.

Chassin, L., *Dmitrieva, J., Modecki, K., Steinberg, L., **Cauffman, E**., Piquero, A., Knight, G., & Losoya, S. (2010). Does adolescent alcohol and marijuana use predict suppressed growth in psychosocial maturity? *Psychology of Addictive Behaviors, 4,* 48-60.

**Cauffman, E**., *Shulman, E., Steinberg, L., Claus, E., Banich, M., Woolard, J., & Graham, S.  (2010).  Age differences in sensitivity to the rewards and costs of a risky decision as indexed by performance on the Iowa gambling task.  *Developmental Psychology*, *46*, 193-207.

Mulvey, E., Steinberg, L., Piquero, A., Besana, M., Fagan, J., Schubert, C., & **Cauffman, E**.

(2010).  Trajectories of desistance and continuity in antisocial behavior following court adjudication among serious adolescent offenders.  *Development & Psychopathology, 22,* 453-475.

Susman, L., Houts, R., Steinberg, L., Belsky, J., **Cauffman, E**., DeHart, G., Friedman, S., Roisman, G., Halpern-Felsher, B., & the NICHD Early Child Care Research Network.  (2010).  Development of secondary sex characteristics in girls and boys ages 9 ½ to 15 ½.  *Archives of Pediatrics & Adolescent Medicine, 164,* 166-173.

*Monahan, K., Steinberg, L. & **Cauffman, E.** (2009**).**  Affiliation with antisocial peers, susceptibility to peer influence, and desistance from antisocial behavior during the transition to adulthood**.**  *Developmental Psychology, 45,* 1520-1530**.**

Steinberg, L., Graham, S., O'Brien, L., Woolard, J., **Cauffman, E.** & Banich, M.  (2009).  Age differences in future orientation and delay discounting.  *Child Development, 80,* 28-44.

Roisman, G., Booth-LaForce, C., **Cauffman, E**., & Spieker, S. & the NICHD Network. (2009).  The developmental significance of adolescent romantic relationships:  Parent and peer predictors of quality and engagement at age 15.  *Journal of Youth and Adolescence*, *38*, 1294-1303.

Steinberg, L., **Cauffman, E.,** Woolard, J., Graham, S. & Banich, M.  (2009).  Are adolescents less mature than adults?  Minors' access to abortion, the juvenile death penalty, and the alleged APA "flip-flop".  *American Psychologist*, *64*, 583-594.

**Cauffman, E**., *Kimonis, E., *Dmitrieva, J., *Monahan, K. (2009). A multi-method assessment of juvenile psychopathy: Comparing the predictive utility of the PCL:YV, YPI, and NEO-PRI.  *Psychological Assessment, 21*, 528-542.

Steinberg, L., **Cauffman, E**., Woolard, J., Graham, S. & Banich, M.  (2009).  Reconciling the complexity of human development with the reality of legal policy: Reply to Fischer, Stein, & Heikkinen 2009.  *American Psychologist, 64*, 601-604.

*Monahan, K., Steinberg, L., **Cauffman, E**., & Mulvey, E.  (2009).  Trajectories of antisocial behavior and psychosocial maturity from adolescence to young adulthood.  *Developmental Psychology, 45,* 1654-1668.

**Cauffman, E**.  (2008).  Understanding the female offender.  *Future of Children, 18*, 119-142.

Steinberg, L., Albert, D., **Cauffman, E**., Banich, M., Graham, S., & Woolard, J.  (2008).  Age differences in sensation seeking and impulsivity as indexed by behavior and self-report: Evidence for a dual systems model.  *Developmental Psychology, 44*, 1764-1778.

**Cauffman, E**., *Farruggia, S. & *Goldweber, A. (2008).  Bad boys or poor parents:  Influences on female juvenile delinquency.  *Journal of Research on Adolescence*, *18*, 699-712.

*Jones, S. & **Cauffman, E**. (2008).  Juvenile psychopathy and judicial decision-making: An empirical analysis of an ethical dilemma.  *Behavioral Sciences & the Law*, *26*, 151-165.

**Cauffman, E**., Piquero, A., *Kimonis, E., Steinberg, L., Chassin, L., & Fagan, J.  (2007).  Legal, individual, and contextual predictors of court disposition in a sample of serious adolescent offenders.  *Law & Human Behavior*, *31*, 519-535.

*Jones, S., **Cauffman, E.,** & Piquero, A.  (2007).  The influence of parental support among incarcerated adolescent offenders.  *Criminal Justice and Behavior*, *34*, 229-245.

**Cauffman, E**., Lexcen, F., *Goldweber, A., *Shulman, E. & Grisso, T.  (2007).  Gender differences in mental health symptoms among delinquent and community youths.  *Youth Violence and Juvenile Justice*, *5*, 287-307.

Belsky, J., Steinberg, L., Houts, R., Friedman, S., de Hart, G., **Cauffman, E**., Roisman, G., Halpern-Flesher, B. & Susman, L. (2007).  Family and child care experiences and pubertal timing: Testing two evolutionary hypotheses.  *Child Development*, *78*, 1302-1321.

Steinberg, L, Blatt-Eisengart, I. & **Cauffman, E**.  (2006).  Patterns of competence and adjustment among adolescents from authoritative, authoritarian, indulgent, and neglectful homes: A replication in a sample of serious juvenile offenders.  *Journal of Research on Adolescence*, *16*, 47-58.

**Cauffman, E.** & MacIntosh, R.  (2006).  The measurement validity of the Massachusetts Youth Screening Instrument (MAYSI~2): An assessment of race and gender item bias among juvenile offenders.  *Educational & Psychological Measurement*, *66*, 502-521.

*Jones, S., **Cauffman, E**., Miller, J. & Mulvey, E. (2006).   Investigating different factor structures of the Psychopathy Checklist – Youth Version: Confirmatory factor analytic findings.  *Psychological Assessment, 18*, 33-48.

**Cauffman, E**., Steinberg, L., & Piquero, A.  (2005).  Psychological, neuropsychological, and psychophysiological correlates of serious antisocial behavior in adolescence.  *Criminology*, *43*, 133-176.

**Cauffman, E.,** Scholle, S., Mulvey, E., & Kelleher, K.  (2005).  Predicting first time involvement in the juvenile justice system among emotionally disturbed youths receiving mental health services.  *Psychological Services*, *2*, 28-38.

**Cauffman, E.,** Piquero, A., Broidy, L., Espelage, D. & Mazerolle, P.  (2004).  Heterogeneity in the association between social-emotional adjustment profiles and deviant behavior among male and female serious juvenile offenders.  *International Journal of Offender Therapy and Comparative Criminology*, *48*, 235-252.

Schubert, C., Mulvey, E., Steinberg, L., **Cauffman, E.**, Losoya, S., Hecker, T., Chassin, L. & Knight, G.  (2004).  Operational lessons from the pathways to desistance project.  *Journal of Youth Violence and Juvenile Justice, 2,* 237-255.

Mulvey, E., Steinberg, L., Fagan, J., **Cauffman, E.**, Piquero, A., Chassin, L., Knight, G., Brame, R., Schubert, C., Hecker, T., & Losoya, S.  (2004).  Theory and research on desistance from antisocial activity among adolescent serious offenders.  *Journal of Youth Violence and Juvenile Justice, 2,* 213-236.

Jensen Arnett, L., Arnett Jensen, J., Feldman, S.S., & **Cauffman, E.**  (2004).  The right to do wrong: Lying to parents among adolescents and emerging adults.  *Journal of Adolescent Research, 33,* 101-112.

**Cauffman, E.**  (2004).  A statewide assessment of mental health symptoms among juvenile offenders in detention.  *Journal of the American Academy of Child & Adolescent Psychiatry, 43,* 430-439.

Wasserman, G., McReynolds, L., Ko, S., Katz, L., **Cauffman, E.,** Haxton, W., & Lucas, C.  (2004).  Screening for emergent risk and psychiatric disorder among incarcerated youth:  Comparing MAYSI-2 and Voice DISC-IV.  *Journal of the American Academy of Child & Adolescent Psychiatry, 43,* 629-639.

Grisso, T., Steinberg, L., Woolard, J., **Cauffman, E.,** Scott, E., Graham, S., Lexcen, F., Reppucci, N., & Schwartz, R.  (2003).  Juveniles' competence to stand trial: A comparison of adolescents' and adults' capacities as trial defendants. *Law & Human Behavior*, *27*, 333-363.

Espelage, D., **Cauffman, E.,** Broidy, L., Mazerolle, P., Piquero, A., & Steiner, H.  (2003). A cluster-analytic investigation of MMPI profiles of serious male and female juvenile offenders.  *Journal of the American Academy of Child & Adolescent Psychiatry*, *42*, 770-777.

Wasserman, G., Jensen, P., Ko, S., Cocozza, J., Trupin, E., Angold, A., **Cauffman, E.**, Grisso, T., Arroyo, W., Bigley, M., Burrell, J., Faison, L., Fisher, P., Fricchione, G., Greenhill, L., Haxton, W., Hoagwood, K., Kelly, R., Koyanagi, C., Loughran, E., McReynolds, L., Mufson, L., Quintana, D., Shapiro, L., Snyder, H., Stokes, T., Underwood, L., Wahl, R., & Waslick, B.  (2003).  Mental health assessments in juvenile justice: Report on the consensus conference.  *Journal of the American Academy of Child & Adolescent Psychiatry, 42,* 752-761.

Skeem, J. & **Cauffman. E.**  (2003).  Views of the downward extension: Comparing the youth version of the Psychopathy Checklist with the Youth Psychopathic traits Inventory.  *Behavioral Sciences & the Law*, *21*, 737-770.

Broidy, L., **Cauffman, E.,** Espelage, D., Mazerolle, P., & Piquero, A. (2003).  Sex differences in empathy and its relation to juvenile offending. *Violence & Victims*, *18*, 503-516.

Jensen Arnett, L., Arnett Jensen, J., Feldman, S.S., & **Cauffman, E.** (2002).  It's wrong, but everybody does it: Academic dishonesty among high school and college students. *Contemporary Educational Psychology*, *27*, 209-228.

Edens, J., Skeem, J., Cruise, K., & **Cauffman, E.** (2001). The assessment of juvenile psychopathy and its association with violence: A critical review. *Behavioral Sciences & the Law*, 19, 53-80.

Halpern-Felsher, B. & **Cauffman, E.** (2001). Costs and benefits of a decision:  Decision-making competence in adolescents and adults. *Journal of Applied Developmental Psychology*, *22*, 257-273.

Grisso, T., Barnum, R., Fletcher, K., **Cauffman, E.,** & Peuschold, D.  (2001).  Massachusetts Youth Screening Instrument for mental health needs of juvenile justice youths. *Journal of the American Academy of Child & Adolescent Psychiatry, 40,* 541-548.

Bushway, S., Piquero, A., Broidy, L., **Cauffman, E.** & Mazerolle, P.  (2001). An empirical framework for studying desistance as a process. *Criminology, 39,* 491-513.

Mulvey, E. & **Cauffman, E.** (2001).  The inherent limits of predicting school violence. *American Psychologist*, *56*, 797-802.  (Reprinted in: Roesch, R., & McLachlan, K. (Eds.) (2007). *Clinical forensic psychology and law.* Hampshire, UK: Ashgate.)

Feldman, S., **Cauffman, E.,** Jensen, L., & Arnett, J.  (2000). The (un)acceptability of betrayal:  A study of late adolescents' evaluations of sexual betrayal by a romantic partner and betrayal of a friend's confidence. *Journal of Youth & Adolescence, 29,* 499-523.

**Cauffman, E.,** Feldman, S., Jensen, L. & Arnett, J.  (2000).  The (un)acceptability of violence against peers and dates. *Journal of Adolescent Research*, *15*, 652-673.

**Cauffman, E.** & Steinberg, L.  (2000).  (Im)maturity of judgment in adolescence: Why adolescents may be less culpable than adults. *Behavioral Sciences & the Law*, *18*, 741-760.

Steiner, H., **Cauffman, E.,** & Duxbury, E.  (1999).  Personality traits in juvenile delinquents: The relation to criminal behavior and recidivism. *Journal of the American Academy of Child & Adolescent Psychiatry*, *38*, 256-262.

Feldman, S. & **Cauffman, E.** (1999).  Your cheatin' heart: Attitudes, behaviors, and correlates of sexual betrayal in late adolescents. *Journal of Research on Adolescence, 9,* 227-252.

Feldman, S. S., & **Cauffman, E.** (1999).  Sexual betrayal among late adolescents:  Perspectives of the perpetrator and the aggrieved. *Journal of Youth and Adolescence, 28*, 235-258.

**Cauffman, E.,** Feldman, S., *Waterman, J. & Steiner, H.  (1998).  Posttraumatic stress disorder among incarcerated females. *Journal of the American Academy of Child & Adolescent Psychiatry*, *37*, 1209-1216.

Steiner, H. & **Cauffman, E.** (1998).  Juvenile justice, delinquency, and psychiatry.  *Child & Adolescent Psychiatric Clinics of North America, 7,* 653-672.

Steinberg, L. & **Cauffman, E.** (1996).  Maturity of judgment in adolescence:  Psychosocial factors in adolescent decision making.  *Law & Human Behavior, 20,* 249-272.

**Cauffman, E.** & Steinberg, L.  (1996).  Interactive effects of puberty and dating on dieting and disordered eating among adolescent girls.  *Developmental Psychology, 32,* 631-635. (Reprinted in: R. Muuss (Ed.), (1998). Adolescent behavior and society: A book of readings (5th edition). New York: McGraw-Hill.)

Steinberg, L. & **Cauffman, E.** (1995).  The impact of employment on adolescent development. *Annals of Child Development, 11,* 131-166.

*LAW REVIEW ARTICLES – PEER REVIEWED*

**Cauffman, E.,** *Fine, A., *Mahler, A., & *Simmons, C.  (2018).  How developmental science influences juvenile justice reform.  *University of California, Irvine Law Review,* 8, 101-120.

Steinberg, L. & **Cauffman, E.**  (1999).  The elephant in the courtroom:  Developmental perspectives on the adjudication of youthful offenders. *Virginia Journal of Social Policy & Law, 6,* 389-417.

**Cauffman, E.**, Woolard, J., & Reppucci, N. D.  (1999).  Justice for juveniles: New perspectives on adolescents' competence and culpability.  *Quinnipiac Law Review, 18,* 403-419.

**Cauffman, E.** & Steinberg, L.  (1995).  The cognitive and affective influences on adolescent decision-making.  *Temple Law Review, 68,* 1763-1789.

*POLICY REPORTS – PEER REVIEWED*

*Cavanagh, C. & **Cauffman, E.** (in press). *Contribution to cognitive development. Developing adolescents: A reference for professionals*. Washington, DC: American Psychological Association.

Steinberg, :L., **Cauffman, E.,** & *Monahan, K.  (March, 2015).  Psychosocial maturity and desistance from crime in a sample of serious juvenile offenders.  *Juvenile Justice Bulletin - Office of Juvenile Justice and Delinquency Prevention*.

Steinberg, L., Grisso, T., Woolard, J., **Cauffman, E.,** Scott, E., Graham, S., Lexcen, F., Reppucci, N., & Schwartz, R. (2003). Juveniles' competence to stand trial as adults.  *Society for Research in Child Development Policy Report, 17* (4).

Steinberg, L. & **Cauffman, E.** (2001). Adolescents as adults in court: A developmental perspective on the transfer of juveniles to the criminal court. *Society for Research in Child Development Policy Report*, *15*, 3-13.

Steinberg, L., & **Cauffman, E.** (1999). Juvenile offenders: Judging their competence to stand trial. *Criminal Justice Journal*, *Winter*, 24-29.

Steinberg, L. & **Cauffman, E.** (1999). A developmental perspective on serious juvenile crime: When should juveniles be treated as adults? *Federal Probation*, *63*, 52-57.

*ENCYCLOPEDIA ENTRIES*

*Goldweber, A., & **Cauffman, E.** (2012). The nature of co-offending during adolescence. *Encyclopedia of Adolescence*. Springer, Inc.

**Cauffman, E.** (2008). Juvenile offenders: Risk factors. In B. Cutler (Ed.). *Encyclopedia of Psychology and Law*. Sage Publications, Inc.

Steinberg, L., & **Cauffman, E.** (2006). Juvenile justice. In L. Sherrod, C. Flanagan, R. Kassimir, & A. Syvertsen (Eds.). *Youth activism: An international encyclopedia* (Vol 1.) pp. 369-374. Westport, CT: Greenwood.

*CONFERENCE PROCEEDINGS PAPERS – PEER REVIEWED*

**Cauffman, E**. (2004). The adolescent brain: Excuse versus explanation. *Annals of the New York Academy of Sciences, 1021,* 160-161.

*BOOKS*

*Bechtold, J. & **Cauffman, E.** (2010). *Adolescence: An instructor's manual to accompany Steinberg's Adolescence*, 9th ed. McGraw-Hill, Inc.: New York.

*Davis, E. & **Cauffman, E.** (2008). *Adolescence: An instructor's manual to accompany Steinberg's Adolescence*, 8th ed. McGraw-Hill, Inc.: New York.

**Cauffman, E.** (1998). *Adolescence: An instructor's manual to accompany Steinberg's Adolescence*, 5th ed. McGraw-Hill, Inc.: New York.

*BOOK CHAPTERS*

*Cavanagh, C. & **Cauffman, E**.  (in press).  Parenting and the law.  In M. Bortstein (Ed.), *Handbook of Parenting* (3rd Edition).  Hoboken, NJ: Wiley.

**Cauffman, E.,** *Cavanagh, C., *Donley, S., & *Thomas, A.  (2016).  A developmental perspective on adolescent risk-taking and criminal behavior.  In A. Piquero (Ed.), *Handbook of Criminological Theory* (pp. 100-120). Hoboken, NJ: Wiley.  (Authors are listed alphabetically as all authors contributed equally.)

**Cauffman, E.,** *Shulman, E. P, *Bechtold, J., & Steinberg, L. (2015). Children and the law. In M. Bornstein, T. Leventhal, & R. Lerner (Eds.), *Handbook of child psychology and developmental science* (7th ed., Vol. 4). Hoboken, NJ: Wiley.

*Goldweber, A., Broidy, L. & **Cauffman, E.**  (2009).  Interdisciplinary perspectives on persistent female offending: A review of theory and research.  In J. Savage (Ed.), *Persistent Criminals* (pp. 205-231).  Oxford Press.

**Cauffman, E.** & Woolard, J.  (2005).  Crime, competence, and culpability: Adolescent judgment in the justice system.  In J. Jacobs and P. Klaczynski (Eds.), *The development of judgment and decision making in children and adolescents* (pp. 279-301).  Chicago, Lawrence Erlbaum, Inc.

**Cauffman, E.** & Grisso, T.  (2005).  Mental health issues among minority offenders in the juvenile justice system.  In D. Hawkins and K. Leonard (Eds.),  *Our children, their children: Confronting race and ethnic differences in American criminal justice*.  Chicago: University of Chicago Press.

**Cauffman, E.** & Steinberg, L. (2000).  Researching adolescents' judgment and culpability (pp. 325-343).  In T. Grisso and R. Schwartz (Eds.), *Youth on trial*.  Chicago: University of Chicago Press.

Steinberg, L. & **Cauffman, E.** (2000).  Developmental perspectives on jurisdictional boundary.  In J. Fagan and F. Zimring (Eds.), *The changing borders of juvenile justice: Transfer of adolescents to the criminal court.*  Chicago: University of Chicago Press.


***INVITED ADDRESSES***

Cauffman, E. (June, 2018).  *Young adults and the justice system*.  Keynote address to the Intergovernmental Policy Agency, San Francisco, CA.

Cauffman, E. (May, 2018).  *Adolescent development and juvenile justice*.  Keynote address to the Undergraduate Research Opportunities Program at the University of California, Irvine.  Irvine, CA.

Cauffman, E. (November, 2017).  *Adolescent development and juvenile justice*.  Invited address to Youth Villages, Memphis, TN.

Cauffman, E. (October, 2017).  *Adolescent development and juvenile justice*.  Training Presentation to the Center for Judicial Education and Research, Judicial Council of California, San Francisco, CA

Cauffman, E. (June, 2017).  *Adolescent development and juvenile justice*.  Invited Address to the National Council of State Legislators, Newport Beach, CA

Cauffman, E. (May, 2017).  *What was she thinking?: The adolescent brain, incentives, and implications for program development*.  Keynote to the World Bank.  Washington, DC.

Cauffman, E. (April, 2017).  *Current trends in justice system policy and practice*.  Invited Address to the MacArthur Foundation at the Boundary of Adolescence and Adulthood Conference, Washington, DC.

Cauffman, E. (April, 2017).  *Science to guide policy and practice*.  Invited Address to the Center for Juvenile Justice Reform LEAD Conference, Georgetown University, Georgetown, DC.

Cauffman, E. (February, 2017).  *Adolescent development and juvenile justice*.  Training Presentation to the Center for Judicial Education and Research, Judicial Council of California, Sacramento, CA

Cauffman, E.  (September, 2016).  *Hard lives, bright futures: Why brain science matters when working with vulnerable older youth*.  Keynote Address to the John T. Gorman Foundation.  Portland, ME.

Cauffman, E.  (August, 2016).  *What science suggests about how changing arrest and jailing of young adults could benefit cities*.  Invited Address to the National League of Cities: Leadership Academy to Reduce the Overuse of Jails for Young Adults.  Denver, CO.

Cauffman, E. (June, 2016).  *Adolescent development & juvenile justice*.  Invited Address to the Center on Youth Violence and Juvenile Justice, Rutgers University, Newark, NJ.

Cauffman, E. (May, 2016).  *Arrested development: Adolescent development and juvenile justice*.  Invited address at the Colorado Collaborative Justice Conference, Westminster, CO.

Cauffman, E. (May, 2016).  *California corrections: Reform, recidivism, and crime*.  Robert Presley Center for Crime and Justice Studies, University of California, Riverside, CA.

Cauffman, E. (April, 2016).  *Inside the adolescent brain: Connecting providers with researchers*.  Keynote address to the Sacramento County Probation Department, Sacramento, CA.

Cauffman, E.  (April, 2016).  *Adolescent brain science & juvenile justice*.  Keynote address to the Reclaiming Futures Conference, Miami, FL.

Cauffman, E. (March, 2016).  *Developmental psychology goes to court*.  Presentation to the Judicial Council of California, San Francisco, CA.

Cauffman, E.  (February, 2016).  *Arrested development:  Adolescent development & juvenile justice*.  Presentation to Anne E. Casey Foundation, Baltimore, MD.

Cauffman, E. (February, 2016). *Raising the age for juvenile justice.* Presentation to Connecticut State Legislatures Meeting, Hartford, CT.

Cauffman. E. (February, 2016). *A developmental perspective: "What works" to reduce recidivism and improve outcomes for youth.* MacArthur Foundation 50-State Forum, Austin, TX.

Cauffman, E. (January, 2016). *Juvenile court basics training for educators.* Orange County Department of Education, Santa Ana, CA.

Cauffman, E. (January, 2016). *Applying adolescent development to juvenile justice settings.* Training for CASA, Santa Ana, CA.

Cauffman, E. (December, 2015). *The rise of trauma-informed approaches.* 10th Annual Models for Change National Conference, Washington, DC.

Cauffman, E. (December, 2015). *A tale of two systems: Education and juvenile justice.* Annual Meeting on Conditions of Children in Orange County. Irvine, CA.

Cauffman, E. (December, 2015). *Arrested development: Adolescent development and juvenile justice.* Beyond the Bench – State of California, Anaheim, CA.

Cauffman, E. (November, 2015). *Who are our youth?: Acting out.* Orange County Juvenile Justice Summit. Orange County Sheriff's Regional Training Center, Tustin, CA.

Cauffman, E. (November, 2015). *"What works" to reduce recidivism and improve outcomes for youth.* Juvenile Justice 50-state Forum, Austin, TX.

Cauffman, E. (October, 2015). *Arrested development: Adolescent development & juvenile justice.* UC Consortium on Social Sciences and the Law. University of California, Irvine, CA.

Cauffman, E. (October, 2015). *Adolescent development and the law.* TEDxUCI – UCI's Festival of Discovery. University of California, Irvine, CA

Cauffman, E. (September, 2015). *Brain science and kids: New policy approaches.* National Council of State Legislators Meeting, San Francisco, CA.

Cauffman, E. (September, 2015). *Youth and the system.* Orange County Alliance, Santa Ana, CA.

Cauffman, E. (September, 2015). *Adolescent brain development and the juvenile justice system.* Sierra Health Foundation, Sacramento, CA.

Cauffman, E. (April, 2015). *Adolescent development and system-involved youth.* Orange County Blue Ribbon Commission on Children in Foster Care, Orange County, CA.

Cauffman, E. (May, 2014). *Not guilty by reason of adolescence.* Presentation at the UCI CEO Roundtable. Napa, CA.

Cauffman. E. (April, 2014). *Arrested development.* Presentation at the Los Angeles Public Defenders Conference. Los Angeles, CA.

Cauffman, E. (August, 2013). *Brain Science & Kids.* Presentation at the National Conference of State Legislatures. Atlanta, GA.

Cauffman, E. (March, 2013). *Adolescents as adults in court.* Presentation to the Washington State Criminal Justice and Corrections Committee and the Juvenile Justice and Family Law Committee. Seattle, WA.

Cauffman, E. (December, 2012). *A new paradigm: The United States Supreme Court, adolescent development, and neuroscience.* Invited panelist for the John D. & Catherine T. MacArthur Foundation Models for Change Initiative. Washington, D.C.

Cauffman, E. (November, 2012). *Arrested development: Adolescent development and juvenile justice.* Presentation to the Department of Criminology at the University of Pennsylvania. Philadelphia, PA.

Cauffman, E. (October, 2012). *Family law & adolescents: How neuroscience and developmental psychology inform best interests.* Keynote address to the Massachusetts Association of Guardians ad Litem. Boston, MA.

Cauffman, E. (April, 2012). *Arrested development: Adolescent development and juvenile justice.* Presentation for the Knudson Endowed Chair. Oregon State University, OR.

Cauffman, E. (January, 2012). *The impact of transfer to criminal court for juvenile offenders.* Invited briefing to Washington State's Senate Committee on Early Learning & Human Services. Olympia, WA.

Cauffman, E. (October, 2011). *Pathways to Desistance: A Study of Serious Juvenile Offenders.* Presentation at the Association for Criminal Justice Research. Huntington Beach, CA

Cauffman, E. (May, 2011). *Adolescent brain development and juvenile justice.* Presentation at the Sandra Day O'Connor U.S. Courthouse. Phoenix, AZ.

Cauffman, E. (February, 2011). *Arrested Development.* Presentation at Claremont McKenna College Athenaeum. Claremont, CA.

Cauffman, E. (October, 2010). *Adolescent development & juvenile justice.* Presentation at RAND. Los Angeles, CA.

Cauffman, E. (September, 2010). *Pathways to female delinquency.* Presentation at the John D. & Catherine T. MacArthur Foundation research meeting on Girls and Juvenile Justice. Chicago, IL.

Cauffman, E. (August, 2010). *The effects of visitation on incarcerated juvenile offenders.*

Presentation at the American Psychological Association.  San Diego, CA.

Cauffman, E.  (August, 2010).  *Adolescent development as a mitigating factor*.  Presentation to the Orange County Public Defender's Office.  Orange County, CA.

Cauffman, E.  (July, 2010).  *Adolescent development as a mitigating factor*.  Presentation for the Office of Public Advocacy.  Anchorage, Alaska.

Cauffman, E.  (June, 2010).  *Arrested development*.  Presentation at the NICHD Cognition, Brain Function, and Learning in Incarcerated Youth.  Washington, DC.

Cauffman, E.  (April, 2010).  *Adolescent development and juvenile justice*.  Presentation at Beijing Normal University.  Beijing, China.

Cauffman, E.  (February, 2009).  *Adolescents as adults in court.*  Presentation to the Washington State Criminal Justice and Corrections Committee and the Juvenile Justice and Family Law Committee.  Seattle, WA.

Cauffman, E.  (January, 2009).  *Adolescents as adults in court.*  American Academy of Forensic Psychology Workshop.  Albuquerque, NM.

Cauffman, E.  (August, 2007).  *Adolescent development*.  Presentation to Santa Ana Unified School District - Lathrop Intermediate.  Santa Ana, CA.

Cauffman, E.  (June, 2007).  *Assessing mental health using the MAYSI~2.*  Presentation to the San Bernardino Probation Department.  Monterey County, CA.

Cauffman, E.  (June, 2007).  *Mental health and juvenile justice*.  Invited briefing to the United States Senate Judiciary Committee.  Washington, DC.

Cauffman, E.  (June, 2007).  *Understanding the serious female offender*.  Presentation to the Coalition for Juvenile Justice Annual Conference.  Washington, DC.

Cauffman, E.  (April, 2007).  *Life without the possibility of parole:  Developmental considerations*.  Invited briefing to the California Senate's Public Safety Committee on the [Juvenile Life Without Parole Reform Act (Senate Bill 999)](#).  Sacramento, CA.

Cauffman, E.  (April, 2007).  *Are adolescents different from adults?  Biological, social, and cognitive considerations*.  Presentation to the Los Angeles Public Defenders Office – Juvenile Justice Conference.  Los Angeles, CA.

Cauffman, E.  (March, 2007).  *Developmental psychology goes to court*.  Psychology Department at the University of California, Santa Barbara.  Santa Barbara, CA.

Cauffman, E.  (February, 2007).  *Adolescents as adults in court.*  American Academy of Forensic Psychology Workshop.  Albuquerque, NM.

Cauffman, E.  (February, 2007).  *Assessing mental health using the MAYSI~2.*  Presentation to the San Bernardino Probation Department.  San Bernardino, CA.

Cauffman, E.  (December, 2006).  *Adolescents as adults in court.*  Presentation to the Washington State Criminal Justice and Corrections Committee and the Juvenile Justice and Family Law Committee.  Seattle, WA.

Cauffman, E. & Skeem, J.  (September, 2006).  *Juvenile psychopathy: Is there such a thing as an adolescent superpredator?*  Presentation at the John D. and Catherine T. MacArthur Foundation Research Network Conference on Adolescent Development and Juvenile Justice.  Washington, DC.

Cauffman, E.  (September, 2006).  *Pathways to desistance:  Who is the female offender*?  Presentation at the John D. and Catherine T. MacArthur Foundation Research Network Conference on Adolescent Development and Juvenile Justice.  Washington, DC.

Cauffman, E.  (June, 2006).  *Adolescents as adults in court.*  American Academy of Forensic Psychology Workshop.  San Juan, Puerto Rico.

Cauffman, E. & Shulman, L.  (May, 2006).  *The MAYSI~2: California statewide screening*.  Presentation to the County Alcohol and Drug Program Administrators Association of California, Sacramento, CA.

Cauffman, E. & Skeem, J.  (March, 2006).  *The downward extension of juvenile psychopathy*.  Psychology Department at the University of California, Riverside.  Riverside, CA.

Cauffman, E.  (January, 2006).  *Juvenile adjudicative competence: A minor misunderstanding*.  Grand Rounds for the Division of Child & Adolescent Psychiatry in the Department of Psychiatry at the University of California, Los Angeles.  Los Angeles, CA.

Cauffman, E. & Skeem, J.  (May, 2005).  *Assessing juvenile psychopathy: Developmental and legal implications*.  Center on Adolescence at Stanford University.  Stanford, CA.

Cauffman, E.  & Skeem, J.  (January, 2005).  *The adolescent psychopath: Fact or fiction?*  Psychology Department at the University of California, Los Angeles.  Los Angeles, CA.

Cauffman, E.  (November, 2004).  *Juvenile Justice and Adult Corrections*.  Chapin Hall Conference on Adolescence and the Transition to Adulthood.  University of Chicago, Chicago, IL.

Cauffman, E.  (July, 2004).  *Sentencing juveniles as adults:  Developmental implications and psychological evaluations*.  Superior Court Judges of Georgia.  St. Simons Island, GA.

Cauffman, E.  (July, 2004).  *Pathways to Desistance: Preliminary findings from a longitudinal study on serious adolescent offenders*.  Juvenile Court Judges Commission.  Harrisburg, PA.

Cauffman, E.  (September, 2003).  *The adolescent brain: Excuse versus explanation*.  Annals of the New York Academy of Sciences.  New York, NY.

Cauffman, E.  (March, 2003).  *Juveniles' competence to stand trial: a comparison of adolescents and adults capacities as trial defendants*.  Social and Decision Sciences Department at Carnegie Mellon University, Pittsburgh, PA.

Cauffman, E.  (November, 2002).  *A statewide assessment of mental health symptoms among juvenile offenders in detention*.  Prevention Research Center at Penn State University, State College, PA.

Cauffman, E.  (September, 2002).  *Assessing mental health problems among youth in the juvenile justice system*.  Senior Vice Chancellor's Research Seminar Series, University of Pittsburgh Medical Center, Pittsburgh, PA.

Cauffman, E.  (June, 2002).  *Adolescent development and juvenile justice*.  Philadelphia Juvenile Court, Philadelphia, PA.

Cauffman, E.  (June, 2002).  *(Im)maturity of judgment: Psychosocial development and decision-making during adolescence*.  Youth Tobacco Research Meeting sponsored by the National Cancer Institute, Tampa, FL.

Cauffman, E.  (April 2002).  *What are the components of a good psychiatric assessment*?  Columbia University Consensus Conference on Implementing and Utilizing Mental Health Assessments in the Juvenile Justice System, New York, NY.

Cauffman, E.  (December, 2001).  *Mental health issues among juvenile offenders: Definition, Assessment & Treatment*.  Mental Health Training Initiative sponsored by the Bureau of State Children & Youth Programs, Pittsburgh, PA.

Cauffman, E.  (November, 2001).  *Adolescent development and juvenile justice*.  Journalism Fellowships Conference in Child & Family Policy, Washington, DC.

Cauffman, E.  (November, 2001).  *Kids are different: Adolescent development and the juvenile justice system*.  Annual Meeting of the Juvenile Court Judges Commission, Harrisburg, PA.

Cauffman, E.  (October, 2001).  *Assessing mental health symptoms via the MAYSI~2*.  Annual Meeting of the National Detention Centers Association, Pittsburgh, PA.

Cauffman, E.  (October, 2001).  *Kids in court: Developmental considerations*.  Annual Meeting of the American Judges Association, Reno, NV.

Cauffman, E.  (July, 2001).  *How to use knowledge of adolescent development and mental health assessments in court decision-making*.  Annual Meeting of the Pennsylvania Conference of State Trial Judges, Hershey, PA.

Cauffman, E.  (July, 2001).  *Mental health issues among adolescents.*  Inter-Agency Council on Violence, Alcohol, & Weapons in the School: Pittsburgh Board of Education, Pittsburgh, PA.

Cauffman, E.  (February, 2001).  *When does adolescence end?:  Adolescents as adults in court.* Depaul Law School Symposium, Chicago, IL.

Cauffman, E.  (January, 2001).  *Children as adults in court.*  Resource Committee Meeting for the National Judicial College, Orlando, FL.

Cauffman, E.  (July, 2000).  *Youth on trial: Developmental perspectives on juvenile justice.* Criminal Justice Section of the American Bar Association, New York, NY.

Cauffman, E.  (January, 2000).  *The elephant in the courtroom: Developmental and mental health issues among juvenile offenders.*  1999-2000 Lecture Series Sponsored by Western Psychiatric Institute and Clinic, Pittsburgh, PA.

Cauffman, E.  (April, 1999).  *Children as adults in court.*  Resource Committee Meeting for the National Judicial College, Reno, NV.

Cauffman, E.  (February, 1999).  *Gender and violence.*  Keynote Address to the Safe Schools and Communities Coalition, Hartford, CT.

Cauffman, E.  (June, 1998).  *Understanding the female offender:  Developmental and mental health considerations.*  Department of Juvenile Justice, Tallahassee, FL.

Cauffman, E.  (June, 1998).  *Adolescent development and the juvenile justice system.*  Juvenile Court Personnel Training Project.  Sponsored by the MacArthur Foundation, Oakland, CA.

Cauffman, E.  (May, 1998).  *Gender considerations for violent youth tried as adults.*  National Workshop on Violent Youth Tried as Adults.  Department of Justice, Houston, TX.

Cauffman, E.  (January, 1998).  *Understanding adolescents as decision-makers: What are the cognitive capacities of adolescents?*  Workshop on Adolescent Decision-Making: National Research Council's Board on Children, Youth, and Families, Washington, DC.

Cauffman, E.  (November, 1997).  *Criminal accountability among adolescents: A developmental perspective.*  Developmental Colloquium: University of California, Santa Cruz, CA.

Cauffman, E.  (November, 1997).  *Do you have an at-risk kid?*  Parent Talk: Community Cable Television, Palo Alto, CA.

Cauffman, E.  (April, 1997).  *Legal implications of maturity and mental health in adolescence.*  Los Angeles Public Defenders Conference, Los Angeles, CA.

Cauffman, E.  (December, 1996).  *Breaking the cycle of violence: A developmental approach.* Rotary Club of Woodside, Portola Valley, CA.

Cauffman, E. (July, 1996). *Adolescent development and its impact on the law: What do lawyers need to know?* Youth Law Center, San Francisco, CA.

## *PROFESSIONAL PRESENTATIONS*

Kemp, E.C., Robertson, E.L., Walker, T.M., Frick, P.J., Ray, J.V., Thornton, L.C., Myers, T.D.W., Steinberg, L., & Cauffman, E. (May, 2019). Associations between Callous-Unemotional Traits and Gun Use in a Longitudinal Study of Justice-Involved Youth. Poster to be presented at the biennial conference of the *Society for the Scientific Study of Psychopathy (SSSP),* Las Vegas, NV.

Brown, C., Fine, A., & Cauffman, E. (March, 2019). *Can the cycle be broken? The protective role of correctional staff on youth violence.* Paper symposium submitted to the American Psychology-Law Conference, Portland, OR.

Donley, S., Fine, A., Simmons, C., & Cauffman, E. (April, 2017). *Environmental sensitivity among juvenile offenders: Do some offenders benefit from a positive home environment more than others*? Paper presented at the biannual meeting of the Society for Research in Child Development, Austin, TX.

Cavanagh, C. & Cauffman, E. (April, 2017). *Changes in the mother-son relationship and youth offending trajectories.* Paper presented at the biannual meeting of the Society for Research in Child Development, Austin, TX.

Fine, A., Mahler, A., Steinberg, L., Frick, P., & Cauffman, E. (April, 2017). *The role of individual differences on the association between contexts and adolescent delinquency.* Paper presented at the biannual meeting of the Society for Research in Child Development, Austin, TX.

Mahler, A., Rinehart, J., Frick, P., Steinberg, L., & Cauffman, E. (April, 2017). *Sexual health behaviors among juvenile delinquents: Social factors predicting condom use status.* Poster presented at the biannual meeting of the Society for Research in Child Development, Austin, TX.

Simmons, C., Frick, P., Steinberg, L. & Cauffman, E. (April, 2017). *Bidirectional effects of callous-unemotional traits and negative parenting.* Poster presented at the biannual meeting of the Society for Research in Child Development, Austin, TX.

Fine, A. & Cauffman, E. (March, 2017). *Justice system attitudes, self-regulation, and adolescent offenders.* Paper presented at the annual meeting of the American Psychology – Law Society. Seattle, WA.

Beyer, A., Robertson, E., Frick, P., Myers, T., Ray, J., Thornton, L., Steinberg, L., & Cauffman, E. (March, 2017). *Primary and secondary variants of callous-unemotional traits: Relations with type and severity of aggression.* Poster presented at the annual meeting of the American Psychology – Law Society. Seattle, WA.

Fine, A., Cavanagh, C., Donley, S., Frick, P., Steinberg, L. & Cauffman, E. (March, 2017). *Youths' justice system attitudes, race, and recidivism.* Paper presented at the annual meeting of the American Psychology – Law Society. Seattle, WA.

Cavanagh, C. & Cauffman, E. (March, 2017). *Family justice system attitudes following a first arrest.* Paper presented at the annual meeting of the American Psychology – Law Society. Seattle, WA.

Cauffman. E. Fine, A., Cavanagh, C., Steinberg, L., & Frick, P. (April, 2016). *Justice system processing and substance use among first time juvenile offenders.* Paper presented at the biennial meeting of the Society for Research on Adolescence. Baltimore, MD.

Mahler, A., Cauffman, E., Frick, P., & Steinberg, L. (April, 2016). *Expectations for future success among adolescent first time offenders.* Paper presented at the biennial meeting of the Society for Research on Adolescence. Baltimore, MD.

Cavanagh, C. & Cauffman, E. (April, 2016). *Mothers' and sons' expectations for the future.* Paper presented at the biennial meeting of the Society for Research on Adolescence. Baltimore, MD.

Cauffman, E., Fine, A., Thomas, A., & Monahan, K. (April, 2016). *Trajectories of violent behavior among females.* Paper presented at the biennial meeting of the Society for Research on Adolescence. Baltimore, MD.

Kan, E., Elias, H., Donley, S., & Cauffman, E. (March, 2016). *Extracurricular activities on probation violation among juvenile first time offenders.* Poster presented at the annual meeting of the American Psychology – Law Society. Atlanta, GA..

Cauffman. E., Fine, A., Cavanagh, C., Donley, S., Frick, P., & Steinberg, L. (March, 2016). *The role of peer arrests on the development of youths' attitudes towards the justice system.* Paper presented at the annual meeting of the American Psychology – Law Society. Atlanta, GA.

Bechtold, J. & Cauffman, E. (March, 2015). *Under the radar or under arrest: How does contact with the justice system affect subsequent arrest?* Paper presented at the annual meeting of the American Psychology – Law Society. San Diego, CA.

Cauffman, E., Bechtold, J., Frick, P. & Steinberg, L. (March, 2015). *Crossroads: Formal vs. informal processing of juvenile offenders.* Paper presented at the annual meeting of the American Psychology – Law Society. San Diego, CA.

Thomas, A. & Cauffman, E. (March, 2015). *Depression and reoffending among serious delinquents across seven years.* Paper presented at the biennial meeting of the Society for Research in Child Development. Philadelphia, PA.

Fine, A. & Cauffman, E.  (March, 2015).  *Schools, impulsivity, and implications for adolescent offending*.  Poster presented at the biennial meeting of the Society for Research in Child Development.  Philadelphia, PA.

Fine, A., Cauffman, E., Steinberg, L. & Frick, P.  (March, 2015).  *Impulsivity assessments and implications for predicting adolescent offending*.  Paper presented at the biennial meeting of the Society for Research in Child Development.  Philadelphia, PA.

Cavanagh, C. & Cauffman, E.  (November, 2014).  *The transition to adulthood among youth tried as adults*: *Findings from the Pathways to Desistance study*.  Paper presented at the annual meeting of the American Society of Criminology.  San Francisco, CA.

Cauffman, E., Donley, S., Bechtold, J., & Steinberg, L.  (November, 2014).  *Sensation seeking among at-risk adolescents: Findings from the Crossroads study*.  Paper presented at the annual meeting of the American Society of Criminology.  San Francisco, CA.

Cavanagh, C. & Cauffman, E.  (March, 2014).  *Undocumented families in the juvenile justice system*.  Paper presented at the biannual meeting of the Society for Research on Adolescence.  Austin, TX.

Thomas, A., Monahan, K., Lukowski, A., & Cauffman, E. (March, 2014).  *Sleep problems across development.  A pathways to adolescent risk-taking through executive function*.  Paper presented at the biannual meeting of the Society for Research on Adolescence.  Austin, TX.

Cauffman, E., Monahan, K., & Thomas, A. (March, 2014).  *Juvenile justice girls*.  Paper presented at the biannual meeting of the Society for Research on Adolescence.  Austin, TX.

Cavanagh, C. & Cauffman, E.  (March, 2014).  *Familial arrests and relationships:  Implications for serious youth offenders*.  Paper presented at the biannual meeting of the Society for Research on Adolescence.  Austin, TX.

Thornton, L., Ray, J., Frick, P., Steinberg, L., Cauffman, E. (March, 2014).  *Neighborhood disorganization moderates the association between self-reported offending and two dispositional risk factors: Callous-unemotional traits and impulse control*.  Paper presented at the annual meeting of the American Psychology – Law Society.  New Orleans, LA.

Cauffman, E., Monahan, K., & Thomas, A.  (March, 2014).  *Pathways to persistence: Female offending from 14 to 25*. Paper presented at the annual meeting of the American Psychology – Law Society.  New Orleans, LA.

Thomas, A., Cauffman, E., Steinberg, L. & Frick, P.  (March, 2014).  *"I didn't do It": Examining first-time juvenile offenders' false guilty pleas*.  Paper presented at the annual meeting of the American Psychology – Law Society.  New Orleans, LA.

Donley, S;., Bechtold, J., & Cauffman, E.  (March, 2014).  *Pathways to sensation seeking among first-time juvenile offenders*.  Paper presented at the annual meeting of the American Psychology – Law Society.  New Orleans, LA.

Wall, T., Frick, P., Thornton, L., Ray, J., Cauffman, E., & Steinberg, L. (March, 2014).  *Impulse control moderates the association between CU traits and delinquency and aggression in a sample of first-time offending boys*.  Paper presented at the annual meeting of the American Psychology – Law Society.  New Orleans, LA.

Tatar, J., Skeem, J. & Cauffman, E.  (March, 2014).  *Psychopathic trait instability in the transition to adulthood: Impact of psychopathology and adversity*.  Paper presented at the annual meeting of the American Psychology – Law Society.  New Orleans, LA.

Ray, J., Frick, P., Thornton, L., Steinberg, L., & Cauffman, E.  (March, 2014).  *An item response theory analysis of the Inventory of Callous-Unemotional traits*.  Paper presented at the annual meeting of the American Psychology – Law Society.  New Orleans, LA.

Shulman, E. & Cauffman, E.  (April, 2013).  *Deciding in the dark:  Age differences in intuitive risk judgment*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Seattle, Washington.

Cauffman, E., Frick, P., & Steinberg, L.  (April, 2013).  *Family matters: Taking stock of school discipline and arrest*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Seattle, Washington.

Cavanagh, C. & Cauffman, E. (April, 2013).  *Mothers' and sons' attitudes toward the justice system and implications for delinquency*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Seattle, Washington.

Thomas, A. & Cauffman, E.  (April, 2013).  *A gene-by-environment approach to adolescent substance use: Examining the D4 dopamine gene (DRD4)*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Seattle, Washington.

Monahan, K. & Cauffman, E.  (April, 2013).  *Familial and peer influences on self-control and psychopathology*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Seattle, Washington.

Tsang, S., Cauffman, E., & Piquero, A.  (March, 2013).  *An item response theory analysis of the Psychopathy Checklist: Youth Version among male adolescent offenders*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Thornton, L., Frick, P., Ray, J., Cauffman, E., & Steinberg, L.  (March, 2013).  *Adolescents with callous unemotional traits and their roles in group crime and non-detected offending*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Ray, J., Frick, P., Thornton, L. Cauffman, E., & Steinberg, L.  (March, 2013).  *Callous-unemotional traits distinguish subgroups of offenders among a sample of justice involved males: A latent class analysis*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Arndorfer, A., Malloy, L., & Cauffman, E.  (March, 2013).  *False confession and interrogation experiences influence adolescent offenders' perceptions of procedural justice*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Malloy, L., Shulman, E., & Cauffman, E., (March, 2013).  *True and false confessions to police: Self-reported experiences of serious adolescent offenders*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Donley, S., Boessen, A., & Cauffman, E.  (March, 2013).  *When do parents matter?  Parental practices and neighborhood conditions as predictors of juvenile offenders' attitudes*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Thomas, A., Cauffman, E., Frick, P. & Steinberg, L.  (March, 2013).  *Effects of probation officer monitoring on juvenile reoffending: Influence of justice system attitudes*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Cavanagh, C., Cauffman, E., Frick, P. & Steinberg, L.  (March, 2013).  *Like mother, like son: Attitudes and antisocial behavior*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Kimonis, E.R., Lougran, T., Fanti, K., & Cauffman, E. (February, 2012). *Trajectories of violent offending among variants of juvenile psychopathy*. Paper presented at the SRCD Themed Meeting on Developmental Methodology, Tampa, FL.

Spieker, S., Campbell, S., Vandergrift, N., Pierce, K., Cauffman, E., Susman, E., Roisman, G. & the NICHD Early Child Care Research Network.  (April, 2011).  *Relational aggression in middle childhood: Early childhood antecedents and adolescent sequelae*.  Poster presented at the biannual meeting of the Society for Research in Child Development.  Montreal, Canada.

Bechtold, J. & Cauffman, E.  (April, 2011).  *The behaviors of young offenders on probation*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Montreal, Canada.

Monahan, K., Cauffman, E., & Steinberg, L.  (April, 2011).  *Developmental differences in impulse control and antisocial behavior from adolescence to early adulthood*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Montreal, Canada.

Cauffman, E., Houts, R., Monahan, K.  & Cox, M.  (April, 2011).  *Cascading towards adolescence: The development of psychosocial maturity and risk behavior*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Montreal, Canada.

Goldweber, A., Monahan, K., & Cauffman, E. (March, 2011). *Investigating the impact of developmental and neurological factors on adolescent offenders' future orientation and delinquency*. Paper presented at the annual meeting of the American Psychology – Law Society Conference. Miami, FL.

Ray, J., Kimonis, E., Branch, J., & Cauffman, E. (March, 2011). *Anger mediates the relation between violence exposure and violence perpetration in incarcerated boys*. Paper presented at the annual meeting of the American Psychology – Law Society Conference. Miami, FL.

Tatar, J., Malnove, A., Hadinata, N., Velasquez, E., & Cauffman, E. (March, 2011). *The effect of psychopathy on the relation between social context and offending*. Paper presented at the annual meeting of the American Psychology – Law Society Conference. Miami, FL.

Goldweber, A. & Cauffman, E. (March, 2011). *The social networks of female offenders*. Paper presented at the annual meeting of the American Psychology – Law Society Conference. Miami, FL.

Becthold, J. & Cauffman, E. (March, 2011). *The behaviors of young offenders on probation*. Paper presented at the annual meeting of the American Psychology – Law Society Conference. Miami, FL.

Shulman, E., Kalder, A., & Cauffman, E. (August, 2010). *The significance of school bonding in scholastic and non-scholastic settings*. Paper presented at the annual meeting of the American Psychological Association. San Diego, CA (Recipient of best graduate student symposium award)

Ho, A., Shiley, D., Rich, J., Kalder, A., & Cauffman, E. (August, 2010). *Maltreatment among juvenile offenders*. Poster presented at the annual meeting of the American Psychological Association. San Diego, CA.

Ryan, J., Araujo, V., Martinez, J., Boessen, A., & Cauffman, E. (August, 2010). *Assessing neighborhood effects on educational outcomes*. Poster presented at the annual meeting of the American Psychological Association. San Diego, CA

Hadinata, N., Malnove, A., Valasquez, E., Tatar, J. & Cauffman, E. (August, 2010). *Social influences mediating effect between psychopathy and offending behavior*. Poster presented at the annual meeting of the American Psychological Association. San Diego, CA

Kalder, A., Bechtold, J., Shulman, E. & Cauffman, E. (March, 2010). *For their own good: Perceived coerciveness of treatment for juvenile offenders*. Paper presented at the annual meeting of the American Psychology – Law Society, Vancouver, Canada.

Kelly, E. & Cauffman, E. (March, 2010). *When research and clinical assessments disagree: Prospectively predicting juveniles' adjustment to incarceration*. Paper presented at the annual meeting of the American Psychology – Law Society, Vancouver, Canada.

Goldeweber, A. & Cauffman, E.  (March, 2010).  *Unique aggression profiles and their relation to maladjustment in a secure facility*.  Paper presented at the annual meeting of the American Psychology – Law Society, Vancouver, Canada.

Bechtold, J. & Cauffman, E.  (March, 2010).  *Juvenile court youths and adult court youths incarcerated together: Who offends more?*  Paper presented at the annual meeting of the American Psychology – Law Society, Vancouver, Canada.

Goldeweber, A. & Cauffman, E.  (March, 2010). *Relational aggression and anxiety among incarcerated, serious female offenders: What can staff/clinicians tell us?*  Paper presented at the annual meeting of the American Psychology – Law Society, Vancouver, Canada.

Shulman, E. & Cauffman, E.  (March, 2010).  *Adolescents' resistance to peer influence: Does it modulate family-based effects on externalizing behavior*?  Paper presented at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

Kelly, E. & Cauffman, E.  (March, 2010).  *Perceptions of stigma among incarcerated youth*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

Dmitreiva, J., Cauffman, E., Waugh, M., & Espel, E.  (March, 2010). *Anxiety and delinquency: Exploring high comorbidity*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

Cauffman, E., Boessen, A., Hipp, J., Fagan, J. & Steinberg, L.  (March, 2010).  *The impact of residential instability on juvenile offending*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

Shulman, E. & Cauffman, E.  (March, 2010).  *The maturity disparity between offenders and non-offenders--Does it change with age*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

Bechtold, J. & Cauffmna, E.  (March, 2010). *Youth- and parent-report of maturity and future delinquency*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

Boessen, A., Hipp, J., Cauffman, E., Fagan, J. & Steinberg, L.  (November, 2009).  *Youth transition and neighborhood effects: Residential instability among serious adolescent offenders*.  Paper presented at the annual meeting of the American Society of Criminology, Philadelphia, PA.

Kimonis, E.R., Cauffman, E., & Goldweber, A. (April, 2009). *Emotional deficits in youth with callous-unemotional traits: Consistency across ethnicity and gender*?  Paper presented at the Society for the Scientific Study of Psychopathy, New Orleans, LA.

Monahan, K., Goldweber, A., & Cauffman, A.  (April, 2009).  *The impact of visitation on incarcerated youths' behavior and mental health*.  Paper presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Malloy, L., Kaasa, S., & Cauffman, E.  (April, 2009).  *Sexual abuse disclosure among incarcerated female adolescents.*  Paper presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Monahan, K., Meyer, K., Goldweber, A., & Cauffman, E.  (April, 2009).  *Anxiety and antisocial behavior: the moderating role of the peer group in adolescence and early adulthood.*  Paper presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Cauffman, E. & Wakefield, S. (April, 2009).  *The transition to parenthood for juvenile offenders.*  Paper presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Shulman, E., Cauffman, E., Fagan, J. & Piquero, A.  (April, 2009).  *Callous-unemotional traits and moral disengagement: pathways out of offending.*  Paper presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Bechtold, J., Goldweber, A., Boessen, A., & Cauffman, E.  (April, 2009). *Are youths tried as adults more violent than youths tried as juveniles?*  Poster presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Meyer, K., Monahan, K., & Cauffman, E.  (April, 2009).  *The role of callous-unemotional traits in differentiating among serious female offenders.*  Poster presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Cauffman, E., Kimonis, E., Dmitrieva, J. & Monahan, K.  (March, 2009).  *A multi-method assessment of juvenile psychopathy: comparing the predictive utility of the PCL:YV, YPI, and NEO-PRI.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Tatar, J., Kimonis, E., Kennealy, P., Skeem, J., & Cauffman, E.  (March, 2009).  *Victimization history and PTSD: An analysis of psychopathic subtypes.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Kimonis, E., Cauffman, E., & Goldweber, A.  (March, 2009).  *Emotional processing in primary and secondary subtypes of psychopathy.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Shulman, E., Boessen, A., Bechtold, J., & Cauffman, E.  (March, 2009).  *The iatrogenic effects of incarceration for first-time juvenile offenders.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Kaasa, S., Tatar, J., & Cauffman, E.  (March, 2009).  *The impact of waiver to adult court on youths' perceptions of procedural justice.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Monahan, K. & Cauffman, E.  (March, 2009).  *Sex differences in mental health and antisocial behavior.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Monahan, K., Steinberg, L., & Cauffman, E.  (March, 2009).  *Age differences in peer selection, peer socialization, and offending: the role of resistance to peer influence.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Chung, H., Leistico, A., & Cauffman, E.  (March, 2009).  *Trajectories of expectations for success and incarceration among serious juvenile offenders.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Kaasa, S., Tatar, J., & Cauffman, E.  (March, 2009).  *Perceptions of procedural justice among female offenders: time does not heal all wounds.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Goldweber, A., Kelly, E., Monahan, K. & Cauffman, E.  (March, 2009).  *The impact of perceived facility safety and staff support on adjustment to incarceration.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Wakefield, S. & Cauffman, E. (November, 2008).  *The transition to parenthood for juvenile criminal offenders.*  Paper presented at the annual meeting of the American Society of Criminology, St. Louis, MO.

Goldweber, A. & Cauffman, E.  (November, 2008).  *The social networks of girls.*  Paper presented at the annual meeting of the American Society of Criminology, St. Louis, MO.

Chassin, L., Dmitrieva, J., Knight, G., Modecki, K., Cauffman, E., Steinberg, L., & Losoya, S. (July, 2008). *Does adolescent alcohol and marijuana use suppress growth in psychosocial maturity?* Presented at the annual meeting of the Research Society on Alcoholism, Washington, DC.

Jones, S. & Cauffman, E. (March, 2008).  *Juvenile psychopathy and judicial decision-making.*  Paper presented at the annual meeting of the American Psychology – Law Society, Jacksonville, FL.

Malloy, L., Kaasa, S., & Cauffman, E.  (March, 2008).  *False confessions among serious juvenile offenders.*  Paper presented at the annual meeting of the American Psychology – Law Society, Jacksonville, FL.

Kaasa, S., Malloy, L., & Cauffman, E.  (March, 2008).  *Procedural justice and the adolescent offender.*  Paper presented at the annual meeting of the American Psychology – Law Society, Jacksonville, FL.

Maslowsky, J., Keating, D., Banich, M., Caufffman, E., Steinberg, L., & Woolard, J. (March, 2008).  *Reasoned versus reactive risk taking: Unique contributions of impulsivity and risk assessment to*

*adolescent risk behavior*.  Poster presented at the Society for Research on Adolescence, Chicago, IL.

Monahan, K., Steinberg, L., Mulvey, E., & Cauffman, E.  (March, 2008).  *Trajectories of offending among serious adolescent offenders*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Meyer, K., Goldweber, A., & Cauffman, E. (March, 2008).  *Female offenders' interpersonal relationships: Friends or foes while incarcerated*.  Poster presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Goldweber, A., Shulman, E., & Cauffman, E.  (March, 2008).  *Adjustment to incarceration: Changes in mental health in a sample of serious adolescent offenders*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Dmitrieva, J., Steinberg, L., & Cauffman, E. (March, 2008).  *Arrested development: The effects of incarceration experiences on adolescents' development of psychosocial maturity*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Shulman, E., Cauffman, E., Piquero, A., Fagan, J. (March, 2008).  *Rationalization of wrong-doing: Developmental trajectories of moral thinking and their correlates in adolescent offenders*.  Poster presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Dmitrieva, J., Farruggia, S., Cauffman, E., & Steinberg, L.  (March, 2008).  *A VIP in need is a VIP indeed: The role of very important caring adults in adjustment of juvenile offenders*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Cauffman, E., Shulman, E., Claus, E., Banich, M., Graham, S., Woolard, J., & Steinberg, L.  (March, 2008).  *Responding to reward versus punishment:  How adolescents differ from adults in performance on the Iowa Gambling Task*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Kimonis, E.  & Cauffman, E.  (April, 2007).  *Contextual and emotional risk factors for primary and secondary variants*.  Paper presented at the Society for the Scientific Study of Psychopathy, St. Pete, FL.

Belsky, J. Steinberg, L.D., Houts, R., Friedman, S.L., de Hart, G., Kaufmann, B., Roisman, G., Halpern-Felsher, B, Sussman, E. & The NICHD Early Child Care Research and Youth Development Research Network.  (March, 2007).  *Rearing antecedents of pubertal timing*.  Paper presented at the biennial meeting of the Society for Research on Child Development, Boston, MA.

Malloy, L. & Cauffman, E.  (March, 2007).  *The influence of peers on adjustment to incarceration*.  Paper presented at the biennial meeting of the Society for Research on Child Development, Boston, MA.

Goldweber, A., Cauffman, E., Steinberg, L. & Piquero, A.  (March, 2007).  *Peer relationships and offending: What distinguishes group from solo offenders?*  Paper presented at the biennial meeting of the Society for Research on Child Development, Boston, MA.

Monahan, K., Steinberg, L. & Cauffman, E.  (March, 2007).  *Peer groups and deviant behavior: The role of friendship quality and resistance to peer influence.*  Paper presented at the biennial meeting of the Society for Research on Child Development, Boston, MA.

Cohen, A.  & Cauffman, E.  (March, 2007).  *Incarceration during adolescence: The influence of anger and depression on institutional adjustment.*  Poster presented at the biennial meeting of the Society for Research on Child Development, Boston, MA.

Shulman, E. & Cauffman, E.  (March, 2007).  *The experience of incarceration:  How do juvenile offenders cope?*  Poster presented at the biennial meeting of the Society for Research on Child Development, Boston, MA.

Cauffman, E., Goldweber, A., Dmitrieva, J., Kaasa, S., Kelly, E., Malloy, L., & Shulman, E.  (November, 2006).  *Improving services for mentally ill juvenile offenders*.  Paper presented at the annual meeting of the American Society of Criminology, Los Angeles, CA.

Goldweber, A., Broidy, L. & Cauffman, E.  (November, 2006).  *Interdisciplinary perspectives on persistent female offending: A review of theory and research*.  Paper presented at the annual meeting of the American Society of Criminology, Los Angeles, CA.

Cauffman, E. & Skeem, J.  (March, 2006).  *Psychopathy*.  Paper presented at the annual meeting of the American Psychology – Law Society, St. Petersburg, FL.

Goldweber, A. & Cauffman, E.  (March, 2006).  *Criminal style: What distinguishes group offenders from youths who commit crimes alone?*  Paper presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

Cauffman, E. & Woolard, J.  (March, 2006).  *Age differences in risk preference and risk evaluation*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

Skeem, J. & Cauffman, E.  (March, 2006).  *Primary and secondary variants of psychopathy-like juvenile offenders*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

Dmitrieva, J. & Cauffman, E.  (March, 2006).  *Stability and predictive validity of the Youth Psychopathic Traits Inventory*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

Cauffman, E. & Skeem, J.  (March, 2006).  *The downward extension of psychopathy*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

Cauffman, E. & Odgers, C.  (April, 2005).  *The unintended consequences of social policy on youth development*.  Paper presented at the biennial meeting of the Society for Research in Child Development, Atlanta, GA.

Cauffman, E. & Odgers, C.  (March, 2005).  *Arrested development: Findings from the Pathways to Desistance study*.  Paper presented at the biennial meeting of the American Psychology-Law Society, La Jolla, CA.

Broidy, L. & Cauffman. E.  (November, 2004).  *The Glueck girls: Contextual and personal pathways to change.*  Paper presented at the annual meeting of the American Society of Criminology, Nashville, TN.

Jones, S., Cauffman, E., & Piquero, A.  (November, 2004).  *Parenting behavior among an incarcerated juvenile sample: The conditioning effects of self-control and consideration of others*.  Paper presented at the annual meeting of the American Society of Criminology, Nashville, TN.

Cauffman, E.  (March, 2004).  *Psychosocial maturity and recidivism among adolescent offenders*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Baltimore, MD.

Cauffman, E. & Skeem, J.  (March, 2004).  *Assessing juvenile psychopathy*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Baltimore, MD.

Cauffman, E., Schubert, C., & Steinberg, L.  (March, 2004).  *Romantic relationships among serious adolescent offenders: Gender similarities and differences*.  Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, AZ.

Dickman, J., Cauffman, E., & Broidy, L.  (March, 2004).  *"The girl problem": Female sexuality as a social disease in the early 20th century*.  Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, AZ.

Cauffman, E., Piquero, A., Mulvey, E., Steinberg, L.  (March, 2004).  *Predicting disposition among serious juvenile offenders: Who gets locked up?*  Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, AZ.

Cauffman, E. & Skeem, J.  (March, 2004).  *The developmental (in)appropriateness of assessing juvenile psychopathy*.  Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, AZ.

Damon, N., Broidy, L. & Cauffman, E.  (November, 2003).  *"The social evil": Female prostitution during the Progressive Era*.  Paper presented at the annual meeting of the American Society of Criminology, Denver, CO.

Broidy, L. & Cauffman, E.  (November, 2003).  *The Glueck girls: The importance of historical context for specifying the influence of social capital, social control, and individual agency on female offending trajectories*.  Paper presented at the annual meeting of the American Society of Criminology, Denver, CO.

Cauffman, E.  (April, 2003).  *The psychological development of serious juvenile offenders: The MacArthur study of Pathways to Desistance*.  Paper presented at the biennial meeting of the Society for Research in Child Development, Tampa, FL.

Cauffman, E.  (November, 2002).  *Developmental characteristics of serious adolescent offenders*.  Paper presented at the annual meeting of the American Society of Criminology, Chicago, IL.

Spahr, L., Cauffman, E., & Skeem, J.  (November, 2002).  *Treatment and services usage among juvenile and adult offenders*.  Paper presented at the annual meeting of the American Society of Criminology, Chicago, IL.

Skeem, J. & Cauffman, E.  (November, 2002).  *The psychometric characteristics and short-term stability of the PCL:YV and its relation to the Youth Psychopathic Inventory*.  Paper presented at the annual meeting of the American Society of Criminology, Chicago, IL.

Cauffman, E. & Skeem, J.  (November, 2002).  *The relation between developmental maturity and measures of psychopathy:  Initial findings from a cross-sequential study*.  Paper presented at the annual meeting of the American Society of Criminology, Chicago, IL.

Cauffman, E.  (October, 2002).  *Development & diagnosis:  Developmental considerations for mentally ill juvenile offenders*.  Paper presented as part of an Institute at the annual meeting of the American Academy of Child & Adolescent Psychiatry, San Francisco, CA.

Cauffman, E.  (April, 2002).  *Understanding the female offender*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, New Orleans, LA.

Cauffman, E.  (April, 2002).  *Psychosocial underpinnings of competence to stand trial*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, New Orleans, LA.

Cauffman, E.  (March, 2002).  *The relation between developmental maturity and measures of psychopathy:  Initial findings from a cross-sequential study*.  Paper presented at the biennial meeting of the American Psychology-Law Society, Austin, TX.

Cauffman, E.  (March, 2002).  *Mental health issues among female offenders*.  Paper presented at the biennial meeting of the American Psychology-Law Society, Austin, TX.

Cauffman, E.  (November, 2001).  *Delinquent girls: Developmental considerations and public policy implications*.  Paper presented at the annual meeting of the American Society of Criminology, Atlanta, GA.

Cauffman, E.  (November, 2000).  *Detained vs. deep end juvenile offenders: Do they differ in mental health needs?*  Paper presented at the annual meeting of the American Society of Criminology, San Francisco, CA.

Cauffman, E.  (October, 2000).  *Identifying youth at risk:  The mental health of juvenile offenders*.  Paper presented at the annual meeting of American Academy of Child & Adolescent Psychiatry, New York, NY.

Espelage, D. L., Cauffman, E., Broidy, L., Mazerolle, P., & Piquero, A.  (May, 2000).  *A cluster-analytic investigation of MMPI profiles of serious male and female juvenile offenders*.  Paper presented at the MMPI-2 Symposium, Minneapolis, MN.

Cauffman, E., Haapanen, R., Ingram, W. & Steiner, H.  (April, 2000).  *Mental health and juvenile justice*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Cauffman, E.  (March, 2000).  *The predictive validity of the MAYSI among serious adolescent offenders*.  Paper presented at the biennial meeting of the American Psychology-Law Society, New Orleans, LA.

Broidy, L., Cauffman, E., Espelage, D., Mazerolle, P. & Piquero, A.  (November, 1999).  *Empathy and sex differences in offending.*  Paper presented at the annual meeting of the American Society of Criminology, Toronto, Canada.

Cauffman, E., Happanen, R., Ingram, W., & Steiner, H.  (November, 1999).  *Mental health and behavioral problems among serious juvenile offenders*.  Paper presented at the annual meeting of the American Society of Criminology, Toronto, Canada.

Cauffman, E.  (July, 1999).  *Justice for juveniles: New perspectives on adolescents' competence and culpability*.  Paper presented as a part of an invited symposium entitled "Youth on Trial" at the annual meeting of the European Psychology – Law Society, Dublin, Ireland.

Cauffman, E.  (April, 1999).  *The costs and benefits of a decision:  Similarities and differences between adolescents and adults in their decision-making ability*.  Paper presented at the biennial meeting of the Society for Research in Child Development, Albuquerque, NM.

Mazerolle, P., Cauffman, E., Piquero, A., Broidy, L., & Espelage, D.  (March, 1999).  *Exposure to stress and conflict among high school aged youth: Do coping responses vary for males and females?*  Paper presented at the Academy of Criminal Justice Sciences, Orlando, FL.

Jensen, L. A., Arnett, J. J., Feldman, S. S., & Cauffman, E.  (November, 1998).  *Academic dishonesty and lying to parents: Adolescent moral reasoning and behavior.*  Poster presented at the Conference for the Association for Moral Education, Hanover, NH.

Cauffman, E.  (September, 1998).  *Adolescent decision making in legal contexts: Toward an expanded definition of adolescent competency.*  Paper presented at the Quinnipiac College School of Law, Hamden, CT.

Cauffman, E.  (August, 1998).  *Developmental Psychology goes to court.*  Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Cauffman, E.  (June, 1998*).  (Im)maturity of judgment: Adolescent development and juvenile culpability.*  Paper presented at the biennial meeting of the Law and Society Association, Aspen, CO.

Cauffman, E.  (March, 1998).  *Competence and culpability: Juveniles in the justice system.*  Paper presented at the biennial meeting of the American Psychology-Law Society, San Diego, CA.

Cauffman, E.  (February, 1998).  *Maturity of judgment and mental health differences between incarcerated and non-incarcerated youth.*  Paper presented at the biennial meeting of the Society for Research on Adolescence, San Diego, CA.

Cauffman, E.  (November, 1997).  *An interdisciplinary approach to understanding juvenile delinquency; A developmental view.*  Paper presented at the annual meeting of the American Society of Criminology, San Diego, CA.

Cauffman, E., Waterman, J., Feldman, S. S., Behshid, S., & Steiner, H.  (October, 1997).  *Posttraumatic Stress Disorder in incarcerated youth.*  Poster presented at the annual meeting of the American Academy of Child & Adolescent Psychiatry, Toronto, Canada.

Cauffman, E.  (April, 1997).  *Maturity of judgment: Psychosocial factors in adolescent decision making.*  Paper presented at the biennial meeting of the Society for Research in Child Development, Washington, DC.

Steinberg, L. & Cauffman, E.  (September, 1995).  *Finding the balance: What should autonomy rights mean for children and youth?*  Paper presented at the Juvenile Law Center, Temple University, Philadelphia, PA.

Cauffman, E.  (March, 1995).  *Sibling similarity in peer crowd membership and perceived parenting practices in adolescence.*  Poster presented at the biennial meeting of the Society for Research in Child Development, Indianapolis, IN.

Cauffman, E. & Steinberg, L.  (March, 1995).  *Moderating effects of neighborhood parenting on family socialization processes.*  Paper presented at the biennial meeting of the Society for Research in Child Development, Indianapolis, IN.

Cauffman, E.  (February, 1994).  *The effects of puberty, dating, and physical intimacy on dieting and disordered eating in young adolescent girls*.  Poster presented at the fifth biennial meeting of the Society for Research on Adolescence, San Diego, CA.

Eder, R., Harkins, K., Cauffman, E., & Patel, A.  (August, 1992).  *Self-presentation, self-control, and young children's spontaneous and deliberate expressive behaviors*.  Poster presented at the annual meeting of the American Psychological Association, Washington, D.C.

## *TEACHING EXPERIENCE*

| | |
|---|---|
| Introductory Psychology | Child Development, the Law, & Social Policy |
| Developmental Psychology | Psychological Assessment |
| Statistics | Adolescent Development |
| Research Methods | Child Psychopathology |

## *PROFESSIONAL MEMBERSHIPS*

American Psychological Association
American Psychology – Law Society
American Society of Criminology
Association for Psychological Science (Elected Fellow in 2015)
Society for Research on Adolescence
Society for Research in Child Development

## *PROFESSIONAL MEETING REVIEWS*
2016   **Review Panel Member**, Society for Research in Child Development.
2012   **Panel Chair**, Review Panel on Adolescence: Emotional Processes & Personality. Society for Research in Child Development.
2011   **Review Panel Member**, Society for Research on Adolescence.
2010   **Review Panel Member**, Society for Research in Child Development.
2009   **Review Panel Member**, Society for Research on Adolescence.
2008   **Review Panel Member**, Society for Research in Child Development.
2007   **Review Panel Member**, Society for Research on Adolescence.
2006   **Review Panel Member**, Society for Research in Child Development.
2005   **Panel Chair**, Review Panel on Applied Research, Program Evaluation, and Public Policy. Society for Research on Adolescence.
2001   **Panel Chair**, Review Panel on Emerging Issues, Society for Research on Adolescence.

## *AD HOC REVIEWER*

Behavioral Sciences & the Law (*Editorial Board: 2017 – present*)
Child Development
Criminology
Developmental Psychology
Journal of the American Academy of Child & Adolescent Psychiatry

Journal of Consulting and Clinical Psychology
Journal of Developmental and Life Course Criminology *(Editorial Board: 2014-present)*
Journal of Early Adolescence
Journal of Research on Adolescence
Journal of Youth and Adolescence *(Editorial Board: 2004-present)*
Law & Human Behavior
Psychological Assessment
Psychology, Public Policy, and Law (*Editorial Board: 2012 – present*)
Research in Crime & Delinquency

**Appendix B:  •Prior Testimony**

Below is a list of other cases in which, during the previous 4 years, Dr. Cauffman testified as an expert at trial or by deposition.

| | | | |
|---|---|---|---|
| People v. Rogelio Solis | Case #94SF0029 | Orange County, CA | May, 2022 |
| People v. Ivan Ray Warren | Case #FSB03821-6 | San Bernardino, CA | May, 2022 |
| People v. Jasomin Gonzalez | Case #FSB18000248 | San Bernardino, CA | March, 2022 |
| People v. David Attias | Case # | Santa Barbara, CA | Feb., 2022 |
| People v. Giovanni Olivo-Alba | Case #19JV00030-G | Santa Barbara, CA | January 2021 |
| People v. Jovan McClenton | Case #BA104610 | Los Angeles, CA | Feb., 2020 |
| People v. Marlon Rivera | Case #10010167 | San Francisco, CA | Sept., 2020 |
| People v. Robert Garcia | Case#19-1-00538-03 | Kennewick, WA | August, 2020 |
| People v. Andres Reges | Case#04CF2780 | Orange County, CA | July, 2020 |
| People v. Jabari Jones | Case#17CR005311 | San Francisco, CA | March, 2020 |
| People v Preston Rossbach | Case# DC-19-645 | Kalispell, MT | Nov., 2019 |
| People v. Jesus Busso | Case#CR2011-133622 | Phoenix, AZ | August, 2019 |
| People v. Kenneth Lamont | Case#CR-060975 | Charleston, SC | May, 2019 |
| People v. Gary Figuerora | Case#15CF843 | Orange County, CA | May, 2019 |
| People v. Pedro Bernabe | Case #PJ52244 | Sylmar, CA | July, 2019 |
| People v. Millan Brass | Case#FJ54806 | Los Angeles | Feb., 2019 |
| People v. Alberto Cortes | Case# | Oakland, CA | Feb., 2019 |
| People v. Jesus Urzua, | Case #FSB-1103091 | San Bernardino, CA | June 2018 |
| People v. Edward Mugcia | Case#17DL0223 | Orange County, CA | May, 2018 |
| People v. Alberto Cortes | Case#A206149910 | Oakland, CA | April, 2018 |
| People v. Oscar Mora | Case #BA038320 | Los Angeles, CA | Feb., 2018 |
| People v. Omar Ray | Case#NJ27815 | Santa Monica, CA | Feb., 2018 |

**Appendix C: Facts and Data Considered**

A review was performed of those portions of the following documents that were relevant to Dr. Cauffman's analysis and evaluation of the issues addressed in this report.

1. Court Documents including the Complaint, Motion to Dismiss Briefs, and Court Order on Class Certification
2. Transcripts/Exhibits of Ms. Tully's deposition3. *Analysis of Florida Commission on Offender Review Juvenile Parole Eligible Inmate Files: Does Florida's Parole System Provide a Meaningful Opportunity for Release?,* Florida Juvenile Resentencing and Review Project, Dec. 2019
4. Information provided by Florida Juvenile Resentencing and Review
5. Information from Mr. Paul Petillo regarding *Atwell* releasees
6. Publicly available information from Florida Department of Corrections inmate and supervised offender records
7. Information produced to Plaintiffs in this case
8. Florida statutes and regulations regarding parole and juvenile re-sentencings