# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

### Case No. 6:21-cv-00062-PGB-EJK

ROBERT EARL HOWARD, DAMON
PETERSON, CARL TRACY BROWN, and
WILLIE WATTS on behalf of themselves
and all others similarly situated,

    Plaintiffs,

MELINDA N. COONROD,
RICHARD D. DAVISON, and
DAVID A. WYANT in their official
capacities,

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Robert Earl Howard, Damon Peterson, Carl Tracy Brown, and Willie Watts on behalf of themselves and all others similarly situated, in the above named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit Court from the Order granting the Commissioner Defendants' Motion for Summary Judgment, denying the Named Plaintiffs' Amended Motion for Summary Judgment and dismissing the Complaint with prejudice (the "Order") [D.E. 136] and the Final Judgment entered in favor of the Commissioner Defendants and against Plaintiffs (the "Final Judgment") [DE 138]. A copy of the Order and

the Final Judgment, which were both entered in this action on February 17, 2023, are attached hereto.

| **Dated: March 17, 2023.** | Respectfully submitted, |
|---|---|

| **JUVENILE LAW CENTER** | **HOLLAND & KNIGHT LLP** |
|---|---|
| 1800 John F. Kennedy Blvd. | 701 Brickell Avenue, Suite 3300 |
| Suite 1900B | Miami, Florida 33131 |
| Philadelphia, Pennsylvania 19103 | Telephone: 305-374-8500 |
| Telephone: 215-625-0551 | |
| | */s/ Tracy Nichols* |
| Marsha Levick (admitted *pro hac vice*) | Tracy Nichols (FBN 454567) |
| mlevick@jlc.org | tracy.nichols@hklaw.com |
| | Stephen P. Warren (FBN 788171) |
| Andrew Keats (admitted *pro hac vice*) | stephen.warren@hklaw.com |
| akeats@jlc.org | |
| | **HOLLAND & KNIGHT LLP** |
| | 50 North Laura Street, Suite 3900 |
| | Jacksonville, Florida 32202 |
| | Telephone: 904-533-2000 |
| | |
| | Laura B. Renstrom (FBN 108019) |
| | laura.renstrom@hklaw.com |
| | |
| | ***Attorneys for Plaintiffs*** |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 17, 2023, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/*Tracy Nichols*
Tracy Nichols
